# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> LAZARD FRÈRES & CO. LLC <br><br> Defendant. | Civil Action No. 4:18-cv-02241 <br><br> Judge Vanessa D. Gilmore <br><br> **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES FOR DEFENDANT LAZARD FRÈRES & CO. LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order for Conference and Disclosure of Interested Parties entered on July 2, 2018, Defendant Lazard Frères & Co. LLC, by and through its undersigned counsel, hereby submits the following Rule 7.1 Corporate Disclosure Statement and Certificate of Interested Parties:

**I.     Corporate Disclosure Statement**

Defendant Lazard Frères & Co. LLC is a wholly-owned subsidiary of Lazard Group LLC, which is ultimately owned by Lazard Ltd, a publicly traded company.

**II.     Certificate of Interested Parties**

1. Plaintiff Energy Intelligence Group, Inc.

2. Plaintiff Energy Intelligence Group (UK) Limited

3. Defendant Lazard Frères & Co. LLC

Dated: August 30, 2018

                   *s/ Michael S. Elkin*
Michael S. Elkin (admitted *pro hac vice*)
ATTORNEY-IN-CHARGE
Thomas Patrick Lane (admitted *pro hac vice*)
Daniel N. Guisbond (admitted *pro hac vice*)
Email: melkin@winston.com
Email: tlane@winston.com
Email: dguisbond@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Lazard Frères & Co. LLC*

OF COUNSEL:
Erin C. Villaseñor
Texas State Bar No. 24072407
S.D. Tex. Bar No. 1114483
Email: evillasenor@winston.com
**WINSTON & STRAWN LLP**
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on August 30, 2018.

                   *s/ Michael S. Elkin*
                       Michael S. Elkin