# EXHIBIT C

**From:** Energy Intelligence [pdf_alert@energyintel.com]
**Sent:** Wednesday, June 06, 2018 6:34 PM
**To:** EIG Pubs
**Subject:** Oil Daily, June 7, 2018
**Attachments:** D180607.pdf; D180607.htm



# Oil Daily

**June 7, 2018**

### World Energy Opinion



#### Old Players, New Games

The energy transition is part of, and indeed closely linked to, much wider technology-driven changes taking place in the global economy.



#### Unexpected Consequences

US President Donald Trump's exit from the Iran nuclear deal may create a host of unanticipated consequences for global companies and already-fragile geopolitics.

### In Focus



#### Opec: Trouble Ahead?

Is trouble brewing ahead of Opec's ministerial meeting in Vienna on Jun. 22?

1

 **$80 Oil Could Spark Asian Fuel Subsidy Comeback**

---

**Contact Us**

Copyright © 2018 Energy Intelligence Group, Inc. All rights reserved.

Reproduction or distribution internally or externally in any manner (photostatically, electronically, or via facsimile), including by sharing printed copies, or forwarding or posting on local- and wide-area networks and intranets, or sharing user name and password, is strictly prohibited without appropriate license from Energy Intelligence. Contact customerservice@energyintel.com for more information.