# Exhibit D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REGIST
**TX 6-665-575**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

10        01        08
Month      Day       Year

APPLICATION RECEIVED
OCT 0 1 2008

ONE DEPOSIT RECEIVED
OCT 0 1 2008

FEE RECEIVED

EXAMINED BY
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State▼
☑ NEWSLETTER

*If no previous registration under identical title, check here* ☐

OIL DAILY          Incorporating ENERGY ALERT                    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| August 2008 | 21 | 1529-4366 | 58 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Holborn Towers, 8th Floor                        5 East 37th Street
137-144 High Holborn                             5th Floor
London WC1V 6PW   United Kingdom                 New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☑ Other Pictorial and graphical content

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) August        1        2008        (Last) August        29        2008
Month ▲    Day ▲      Year ▲              Month ▲      Day ▲       Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*          Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM          DEPOSIT ACCOUNT

Name   Deborah A. Brown                                          Account number   DA083550

Daytime telephone number   ( 646 ) 616-0824                     Name of account

Address (if other than given below)                              Energy Intelligence Group

Fax   212-532-4479      Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-680-142**

*TX06680142*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

OCT 2 2 2008
Month        Day        Year

APPLICATION RECEIVED
OCT 2 2 2008

ONE DEPOSIT RECEIVED
OCT 2 2 2008

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS    ☐ NEWSPAPER    AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State ▼

OIL DAILY    Incorporating ENERGY ALERT    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| September 2008 | 21 | 1529-4366 | 58 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION** (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☑ Other Pictorial and graphical content

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**    Important: Give month, day, and year

(First) September    2    2008    (Last) September    30    2008
Month ▲    Day ▲    Year ▲    Month ▲    Day ▲    Year ▲

**CERTIFICATION*:**    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer    Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name    Deborah A. Brown

Daytime telephone number    ( 646 ) 616-0824

Address (if other than given below)

Fax    212-532-4479    Email    dbrown@energyintel.com

**DEPOSIT ACCOUNT**

Account number    DA083550

Name of account    Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev. June 2002    ♻ Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

TX 6–662–749

*TX0006662749*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

NOV 2 5 2008
Month    Day    Year

APPLICATION RECEIVED
NOV 2 5 2008

ONE DEPOSIT RECEIVED
NOV 2 5 2008

EXAMINED BY

CORRESPONDENCE ☐

FEE RECEIVED

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**

If no previous registration under identical title, check here ☐

**TITLE OF THIS** ☐ NEWSPAPER  ☑ NEWSLETTER  AS IT APPEARS ON THE COPIES ▼

OIL DAILY    incorporating ENERGY ALERT

City/State▼
New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| October 2008 | 23 | 1529-4366 | 58 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION** (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☑ Other Pictorial and graphical content

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

(First) October   1   2008    (Last) October   31   2008
Month ▲   Day▲   Year▲         Month ▲   Day▲   Year▲

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*

Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)

Fax   212-532-4479    Email   dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account
Energy Intelligence Group

| Certificate will be mailed in window envelope to this address | Name▼ Energy Intelligence Group / Attn; Ms. Deborah A. Brown |
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor |
| | City/State/ZIP▼ New York, NY 10016-2807 |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

TX 6—664—308

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

JAN 15 2009
Month    Day    Year

APPLICATION RECEIVED
JAN 15 2009
ONE DEPOSIT RECEIVED
JAN 15 2009
FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

**1**

If no previous
registration under
identical title,
check here ☐

TITLE OF THIS  ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼         City / State▼
              ☑ NEWSLETTER

OIL DAILY        Incorporating ENERGY ALERT                    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| November 2008 | 18 | 1529-4366 | 58 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited        Energy Intelligence Group, Inc.
Holborn Towers, 8th Floor                     5 East 37th Street
137-144 High Holborn                          5th Floor
London WC1V 6PW   United Kingdom              New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☑ Other Pictorial and graphical content

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) November    3    2008    (Last) November    28    2008
        Month ▲   Day▲  Year▲          Month ▲   Day▲   Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this
application are correct to the best of my knowledge.

Handwritten   *Deborah A Brown*    Typed or printed   Deborah A. Brown
signature (X)                      name of signer

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM        DEPOSIT ACCOUNT
Name   Deborah A. Brown                                       Account number  DA083550
Daytime telephone number   ( 646 ) 616-0824                   Name of account
Address (if other than given below)                            Energy Intelligence Group

Fax   212-532-4479    Email   dbrown@energyintel.com

Certificate       Name▼
will be
mailed            Energy Intelligence Group / Attn; Ms. Deborah A. Brown
in window
envelope          Number/Street/Apt ▼
to this
address           5 East 37th Street, 5th Floor
                  City/State/ZIP▼
                  New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RI   **TX 6-664-309**

[barcode] *TX0006664309*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
JAN 15 2009
Month   Day   Year

APPLICATION RECEIVED
JAN 15 2009

ONE DEPOSIT RECEIVED
JAN 15 2009

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**

If no previous registration under identical title, check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State ▼
                ☑ NEWSLETTER

OIL DAILY        incorporating ENERGY ALERT                          New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| December 2008 | 22 | 1529-4366 | 58 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Holborn Towers, 8th Floor                        5 East 37th Street
137-144 High Holborn                             5th Floor
London WC1V 6PW    United Kingdom                New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☑ Other Pictorial and graphical content

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) December   1   2008          (Last) December   31   2008
       Month ▲  Day ▲  Year ▲              Month ▲   Day ▲   Year ▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X) *Deborah A Brown*          Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824

Address (if other than given below)

Fax   212-532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Form are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ☺ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REC **TX 6-647-241**

*TX00006647241*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month *Feb*   Day *24*   Year *2009*

APPLICATION RECEIVED
*2-24-2009*

ONE DEPOSIT RECEIVED
*2-24-2009*

FEE RECEIVED

**\*Amended by C.O. authority per
telephone conversation of 4-29-2009
with Deborah Brown.**

EXAMINED BY

CORRESPONDENCE

---

DO NOT WRITE ABOVE THIS LINE.

### 1

If no previous registration under identical title, check here ☐

TITLE OF THIS  ☐ NEWSPAPER   ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼

City/State ▼

OIL DAILY    Incorporating ENERGY ALERT

New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| January 2009 | 20 | 1529-4366 | 59 |

### 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☑ Compilation   ☑ Text   ☑ Other Pictorial and graphical content *

### 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) January   2   2009      (Last) January   30   2009
       Month ▲   Day ▲   Year ▲           Month ▲   Day ▲   Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824

Address (if other than given below):

Fax   212-532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ☺ Printed on recycled paper      U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

TX 6-631-529

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 03 | 23 | 09 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED 03-23-09

ONE DEPOSIT RECEIVED **MAR 23 2009**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State ▼
☑ NEWSLETTER

OIL DAILY   Incorporating ENERGY ALERT   New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| February 2009 | 19 | 1529-4366 | 59 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☑ Other  Pictorial and graphical content

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| | | | | | | |
|---|---|---|---|---|---|---|
| (First) | February | 2 | 2009 | (Last) | February | 27 | 2009 |
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*   Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown
Daytime telephone number  ( 646 ) 616-0824
Address (if other than given below) _____
Fax  212-532-4479   Email  dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
 Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

REGIS  TX 6-647-244

▬▬▬▬▬▬▬▬▬▬▬
*TX6006647244*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

4        7        2009
Month    Day      Year

APPLICATION RECEIVED
APR 07 2009

ONE DEPOSIT RECEIVED
APR 07 2009

FEE RECEIVED

---

**EXAMINED BY** SIm

**CORRESPONDENCE** ☐

---

## DO NOT WRITE ABOVE THIS LINE.

**1** If no previous registration under identical title, check here ☐

| TITLE OF THIS | ☐ NEWSPAPER<br>☑ NEWSLETTER | AS IT APPEARS ON THE COPIES ▼ | | City/State ▼ |
|---|---|---|---|---|
| OIL DAILY | | incorporating ENERGY ALERT | | New York, NY |

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| March 2009 | 22 | 1529-4366 | 59 |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION** (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☑ Other Pictorial and graphical content

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

| (First) | March | 2 | 2009 | (Last) | March | 31 | 2009 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*    Typed or printed name of signer Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name Deborah A. Brown
Daytime telephone number ( 646 ) 616-0824
Address (if other than given below)

Fax 212-532-4479    Email dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

| Name ▼ | Energy Intelligence Group / Attn; Ms. Deborah A. Brown |
|---|---|
| Number/Street/Apt ▼ | 5 East 37th Street, 5th Floor |
| City/State/ZIP ▼ | New York, NY 10016-2807 |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

---

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6—665—630**



EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
**MAY 0 8 2009**
Month      Day      Year

APPLICATION RECEIVED
**MAY 0 8 2009**

ONE DEPOSIT RECEIVED
**MAY 0 8 2009**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State▼
                ☑ NEWSLETTER

OIL DAILY         Incorporating ENERGY ALERT                      New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| April 2009 | 21 | 1529-4366 | 59 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW     United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) April   1   2009           (Last) April   30   2009
Month ▲   Day▲   Year▲                Month ▲   Day▲   Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*     Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)

Fax   212-532-4479        Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-631-518**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

07 / 09 / 09
Month / Day / Year

APPLICATION RECEIVED
JUL 09 2009

ONE DEPOSIT RECEIVED
JUL 09 2009

FEE RECEIVED

EXAMINED BY *mc*
CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

**1**
If no previous registration under identical title, check here ☐

TITLE OF THIS ☑ NEWSPAPER  ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼       City/State ▼

OIL DAILY  Incorporating ENERGY ALERT                    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| May 2009 | 20 | 1529-4366 | 59 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) May  1  2009        (Last) May  29  2009
        Month ▲  Day ▲  Year ▲         Month ▲  Day ▲  Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*        Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A. Brown

Daytime telephone number  ( 646 ) 616-0824

Address (if other than given below)

Fax  212-532-4479     Email  dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number  DA083550

Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-631-525**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

07      09      09
Month    Day     Year

APPLICATION RECEIVED
JUL 09 2009

ONE DEPOSIT RECEIVED
JUL 09 2009

FEE RECEIVED

EXAMINED BY *me*

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

## 1

| TITLE OF THIS | ☑ NEWSPAPER  ☑ NEWSLETTER | AS IT APPEARS ON THE COPIES ▼ | | City/State ▼ |
|---|---|---|---|---|

*If no previous registration under identical title, check here ☐*

| | | | | |
|---|---|---|---|---|
| OIL DAILY | incorporating ENERGY ALERT | | | New York, NY |

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| June 2009 | 22 | 1529-4366 | 59 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

| | (First) | June | 1 | 2009 | (Last) | June | 30 | 2009 |
|---|---|---|---|---|---|---|---|---|
| | | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION*:    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*      Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A. Brown

Daytime telephone number  ( 646 ) 618-0824

Address (if other than given below) _____

Fax  212-532-4479      Email  dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number  DA083550

Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6—685—271**



EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

09   14   09
Month   Day   Year

APPLICATION RECEIVED
9-14-09

ONE DEPOSIT RECEIVED
SEP 14 2009

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ☐*

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State▼

**OIL DAILY**   Incorporating ENERGY ALERT   New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| July 2009 | 22 | 1529-4386 | 59 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)
☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) July   1   2009   (Last) July   31   2009
Month▲   Day▲   Year▲      Month▲   Day▲   Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)_____

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ☺ Printed on recycled paper      U.S. Government Printing Office: 2000-481-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-684-118**

4TX0006684118M

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

09   14   09
Month   Day   Year

APPLICATION RECEIVED
9-14-09

ONE DEPOSIT RECEIVED
SEP 14, 2009

EXAMINED BY   *m*

CORRESPONDENCE ☐

FEE RECEIVED

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ☐*

TITLE OF THIS   ☑ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State ▼
☑ NEWSLETTER

OIL DAILY   Incorporating ENERGY ALERT   New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| August 2009 | 21 | 1529-4366 | 59 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) August   3   2009   (Last) August   31   2009
Month ▲   Day ▲   Year ▲   Month ▲   Day ▲   Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6–701–938**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 11 | 13 | 09 |

APPLICATION RECEIVED
**NOV 13 2009**
ONE DEPOSIT RECEIVED
**NOV 13 2009**
FEE RECEIVED

EXAMINED BY
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER  ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼                           City/State▼

OIL DAILY          incorporating ENERGY ALERT                                      New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| September 2009 | 21 | 1529-4366 | 59 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) September      1      2009   (Last) September      30      2009
Month ▲      Day▲      Year▲              Month ▲      Day▲      Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*          Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0624
Address (if other than given below)   _____
Fax   212-532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002   ♺ Printed on recycled paper                                          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-701-939**

*TX0006701939*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|---|---|---|
| 11 | 13 | 09 |

APPLICATION RECEIVED
NOV 13 2009
ONE DEPOSIT RECEIVED
NOV 13 2009
FEE RECEIVED

EXAMINED BY  *mc*
CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS ☑ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼          City/State ▼
☑ NEWSLETTER

**OIL DAILY**   incorporating ENERGY ALERT          New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| October 2009 | 22 | 1529-4366 | 59 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) October   1   2009     (Last) October   30   2009
Month ▲   Day ▲   Year ▲          Month ▲   Day ▲   Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X)  *Deborah A. Brown*          Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)   _____

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Fax   212-532-4479     Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-702-127**

*TX06702127*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

01 / 11 / 10
Month / Day / Year

APPLICATION RECEIVED
**JAN 11 2010**

ONE DEPOSIT RECEIVED
**JAN 11 2010**

FEE RECEIVED

*Added by C.O. from deposit copy.*

EXAMINED BY  *mo*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

| TITLE OF THIS | ☐ NEWSPAPER ☑ NEWSLETTER | AS IT APPEARS ON THE COPIES ▼ | City/State ▼ |
|---|---|---|---|
| OIL DAILY | | Incorporating ENERGY ALERT | New York, NY |

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| November 2009 | ~49~ 21* | 1529-4366 | 59 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION (check all that apply)**

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other_____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**  Important: Give month, day, and year

(First) November 2 2009
Month ▲  Day ▲  Year ▲

(Last) November 30 2009
Month ▲  Day ▲  Year ▲

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah O'Brown*

Typed or printed name of signer  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown
Daytime telephone number  ( 646 ) 616-0824
Address (if other than given below)

Fax  212-532-4479     Email  dbrown@energyintel.com

**DEPOSIT ACCOUNT**

Account number  DA083550
Name of account  Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-702-124**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 01 | 11 | 10 |
|---|---|---|
| Month | Day | Year |

APPLICATION RECEIVED
**JAN 11 2010**
ONE DEPOSIT RECEIVED
**JAN 11 2010**
FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**

If no previous registration under identical title, check here ☐

TITLE OF THIS ☑ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼    City/State▼
☑ NEWSLETTER

OIL DAILY    Incorporating ENERGY ALERT    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| December 2009 | '22' | 1529-4366 | 59 |

---

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited        Energy Intelligence Group, Inc.
Holborn Towers, 8th Floor                5 East 37th Street
137-144 High Holborn                5th Floor
London WC1V 6PW    United Kingdom        New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other_____

---

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| (First) | December | 1 | 2009 | (Last) | December | 31 | 2009 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day▲ | Year▲ | | Month ▲ | Day▲ | Year▲ |

---

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*        Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM        DEPOSIT ACCOUNT DA083550
Name    Deborah A. Brown                    Account number  DA083550
Daytime telephone number  ( 646 ) 616-0824            Name of account
Address (if other than given below)                Energy Intelligence Group

Fax  212-532-4479    Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev. June 2002    🖨 Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT

**TX 6-701-924**

*TX0006701924*

. . .

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| 03 | 09 | 10 |
|---|---|---|
| Month | Day | Year |

**APPLICATION RECEIVED**
MAR 09 2010

**ONE DEPOSIT RECEIVED**
MAR 09 2010

**FEE RECEIVED**

EXAMINED BY   *me*

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State▼
☑ NEWSLETTER

*If no previous registration under identical title, check here* ☐

| OIL DAILY | incorporating ENERGY ALERT | | New York, NY |
|---|---|---|---|

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| January | 2010 | 20 | 1529-4366 | 60 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| (First) January | 4 | 2010 | (Last) January | 29 | 2010 |
|---|---|---|---|---|---|
| Month ▲ | Day ▲ | Year▲ | Month ▲ | Day ▲ | Year▲ |

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*        Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)
Fax   212-532-4479        Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-701-927**

*TX06701927*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 03 | 09 | 10 |
|----|----|----|
| Month | Day | Year |

APPLICATION RECEIVED
**MAR 09 2010**

ONE DEPOSIT RECEIVED
**MAR 09 2010**

FEE RECEIVED

EXAMINED BY _mc_

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼      City/State▼
☑ NEWSLETTER

If no previous registration under identical title, check here ☐

**OIL DAILY**   Incorporating ENERGY ALERT      New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| February     2010 | 20 | 1529-4366 | 60 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited           Energy Intelligence Group, Inc.
Holborn Towers, 8th Floor                        5 East 37th Street
137-144 High Holborn                             5th Floor
London WC1V 6PW   United Kingdom                 New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) February      1      2010   (Last) February      26      2010
Month ▲     Day▲     Year▲          Month ▲     Day▲     Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X) *Deborah A Brown*      Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   **Deborah A. Brown**
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____

Fax   212-532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   **DA083550**
Name of account   **Energy Intelligence Group**

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper      U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-703-824**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 05 | 10 | 10 |

APPLICATION RECEIVED
**MAY 10 2010**

ONE DEPOSIT RECEIVED
**MAY 10 2010**

FEE RECEIVED

EXAMINED BY *mc*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼          City/State ▼

**OIL DAILY**          Incorporating ENERGY ALERT          New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| March    2010 | 23 | 1529-4366 | 60 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

(First) **March          1          2010**          (Last) **March          31          2010**
     Month ▲          Day ▲          Year ▲                    Month ▲          Day ▲          Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*          Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 )  616-0824
Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ☐ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-703-826**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

05 Month  10 Day  10 Year

APPLICATION RECEIVED
MAY 10 2010

ONE DEPOSIT RECEIVED
MAY 10 2010

FEE RECEIVED

EXAMINED BY
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER  ☑ NEWSLETTER  AS IT APPEARS ON THE COPIES ▼   City/State▼

**OIL DAILY**   incorporating ENERGY ALERT   New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| April    2010 | 21 | 1529-4366 | 60 |

---

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other

---

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) April    1    2010      (Last) April    30    2010
       Month▲  Day▲  Year▲            Month▲  Day▲  Year▲

---

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-704-578**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
06      11      10
Month   Day    Year

APPLICATION RECEIVED
JUN 11 2010

ONE DEPOSIT RECEIVED
JUN 11 2010

FEE RECEIVED

EXAMINED BY *me*

CORRESPONDENCE

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ▢*

TITLE OF THIS  ▢ NEWSPAPER  ☑ NEWSLETTER  AS IT APPEARS ON THE COPIES ▼         City/State ▼

OIL DAILY   incorporating ENERGY ALERT        New York, NY

| Month and year date on copies ▼ | Number of issues in the group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| May          2010 | 20 | 1529-4366 | 60 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ▢ Compilation   ☑ Text   ▢ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| (First) | May | 3 | 2010 | (Last) | May | 28 | 2010 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*       Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number  ( 646 ) 616-0824
Address (if other than given below)

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Fax  212-532-4479        Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper        U.S. Government Printing Office:2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-704-734**

*TX0006704734*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

07    01    10
Month   Day   Year

APPLICATION RECEIVED
JUL 01 2010

ONE DEPOSIT RECEIVED
Jul 01, 2010

EXAMINED BY

CORRESPONDENCE    FEE RECEIVED

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here* ☐

TITLE OF THIS    ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼              City/State▼
                 ☑ NEWSLETTER

OIL DAILY         incorporating ENERGY ALERT                    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| June    2010 | 22 | 1529-4366 | 60 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited        Energy Intelligence Group, Inc.
Holborn Towers, 8th Floor                     5 East 37th Street
137-144 High Holborn                          5th Floor
London WC1V 6PW    United Kingdom             New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

(First) June         1         2010    (Last) June         30         2010
       Month ▲      Day▲      Year▲          Month ▲      Day▲      Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X) *Deborah A Brown*          Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM              DEPOSIT ACCOUNT
Name   Deborah A. Brown                                           Account number  DA083550
Daytime telephone number   ( 646 ) 616-0824                       Name of account
Address (if other than given below) _____            Energy Intelligence Group

Fax   212-532-4479         Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

• YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-705-213**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

08 / 04 / 10
Month / Day / Year

APPLICATION RECEIVED
AUG 04 2010

ONE DEPOSIT RECEIVED
AUG 04 2010

FEE RECEIVED

EXAMINED BY *me*
CORRESPONDENCE

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER ☑ NEWSLETTER — AS IT APPEARS ON THE COPIES ▼ · · · · · · · · · · City/State▼

OIL DAILY     Incorporating ENERGY ALERT     New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition ▼ |
|---|---|---|---|
| July     2010 | 22 | 1529-4366 | 60 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) July / 1 / 2010          (Last) July / 30 / 2010
Month ▲ / Day▲ / Year▲          Month ▲ / Day▲ / Year▲

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*     Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____

Fax   212-532-4479     Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-770-133**

*TX06770133*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

10     16     10
Month   Day    Year

APPLICATION RECEIVED
OCT   16   10

ONE DEPOSIT RECEIVED
OCT   16   10

FEE RECEIVED

EXAMINED BY     *me*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**
*If no previous registration under identical title, check here ☐*

TITLE OF THIS  ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼                    City/State ▼
              ☑ NEWSLETTER

OIL DAILY      Incorporating ENERGY ALERT                                    New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|---|
| August | 2010 | 22 | 1529-4366 | 60 |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited        Energy Intelligence Group, Inc.
Holborn Towers, 8th Floor                     5 East 37th Street
137-144 High Holborn                          5th Floor
London WC1V 6PW   United Kingdom              New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)
☑ Editing        ☐ Compilation       ☑ Text        ☐ Other

**3**
DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) August       2       2010        (Last) August      31      2010
       Month ▲    Day ▲    Year ▲              Month ▲   Day ▲   Year ▲

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works
identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this
application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*        Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM       DEPOSIT ACCOUNT

Name   Deborah A. Brown                         Account number  DA083550

Daytime telephone number  ( 646 ) 616-0824       Name of account
                                                 Energy Intelligence Group
Address (if other than given below)

Fax  212-532-4479        Email  dbrown@energyintel.com

**Certificate will be mailed in window envelope to this address**

Name ▼
Energy Intelligence Group / Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-770-132**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
*10* Month *16* Day *10* Year

APPLICATION RECEIVED
*OCT 16 2010*

ONE DEPOSIT RECEIVED
*OCT 16 2010*

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**
*If no previous registration under identical title, check here ☐*

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼         City/State▼
☐ NEWSLETTER

**OIL DAILY**      Incorporating ENERGY ALERT                    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| September      2010 | 22 | 1529-4366 | 60 |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Holborn Towers, 8th Floor                        5 East 37th Street
137-144 High Holborn                             5th Floor
London WC1V 6PW    United Kingdom                 New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)
☑ Editing      ☐ Compilation      ☑ Text      ☐ Other_____

**3**
DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) September      1      2010     (Last) September      30      2010
Month ▲      Day▲      Year▲           Month ▲      Day▲      Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*      Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown
Daytime telephone number  ( 646 ) 616-0824
Address (if other than given below)  _____

Fax  212-532-4479      Email  dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account  Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

*1538842611*

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-772-066**

*TX006677206G4*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|---|---|---|
| 12 | 28 | 10 |

APPLICATION RECEIVED
**DEC 2 8 2010**

ONE DEPOSIT RECEIVED
**DEC 2 8 2010**

FEE RECEIVED

EXAMINED BY *m*
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

| TITLE OF THIS | ☐ NEWSPAPER | AS IT APPEARS ON THE COPIES ▼ | City/State ▼ |
|---|---|---|---|
| | ☐ NEWSLETTER | | |

*If no previous registration under identical title, check here ☐*

OIL DAILY          incorporating ENERGY ALERT          New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| October          2010 | 21 | 1529-4366 | 60 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   *Important: Give month, day, and year*

| (First) | October | 1 | 2010 | (Last) | October | 29 | 2010 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

**CERTIFICATION***:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼   Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼   5 East 37th Street, 5th Floor
City/State/ZIP ▼   New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper                                U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE
**TX 6-771-213**

w7#8#067712130

| EFFECTIVE DATE OF REGISTRATION (Assigned by Copyright Office) | | |
|---|---|---|
| JAN | 14 | 11 |
| Month | Day | Year |

| APPLICATION RECEIVED | | |
|---|---|---|
| JAN | 14 | 2011 |

**\*Amend by C.O. from deposit copy.**

EXAMINED BY *cmc*

CORRESPONDENCE ☐

| ONE DEPOSIT RECEIVED | | |
|---|---|---|
| JAN | 14 | 2011 |

FEE RECEIVED

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

| TITLE OF THIS | ☐ NEWSPAPER | AS IT APPEARS ON THE COPIES ▼ | City/State ▼ |
|---|---|---|---|
| | ☑ NEWSLETTER | | |
| OIL DAILY | Incorporating ENERGY ALERT | | New York, NY |

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| November   2010 | 21* | 1529-4366 | 60 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| (First) | November | 1 | 2010 | (Last) | November | 30 | 2010 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day ▲ | Year ▲ | | Month ▲ | Day ▲ | Year ▲ |

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824

Address (if other than given below) _____

Fax   212-532-4479    Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

| Name ▼ |
|---|
| Energy Intelligence Group / Attn; Ms. Deborah A. Brown |
| Number/Street/Apt ▼ |
| 5 East 37th Street, 5th Floor |
| City/State/ZIP ▼ |
| New York, NY 10016-2807 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper     U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-779-215**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 02 | 01 | 11 |

APPLICATION RECEIVED **FEB 01 2011**

ONE DEPOSIT RECEIVED **FEB 01 2011**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS  ☐ NEWSPAPER  ☑ NEWSLETTER    AS IT APPEARS ON THE COPIES ▼       City/State▼

**OIL DAILY**    Incorporating ENERGY ALERT       New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| November | 2010 | 22 | 1529-4366 | 60 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

(First) November 1 2010   (Last) November 30 2010
Month ▲  Day▲  Year▲        Month ▲  Day▲  Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the Instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*       Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown
Daytime telephone number  ( 646 ) 616-0824
Address (if other than given below)

Fax  212-532-4479    Email  dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊗ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6–778–772**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 02 | 01 | 11 |

APPLICATION RECEIVED

FEB 0 1 2011

ONE DEPOSIT RECEIVED    FEB 01 2011

FEE RECEIVED

---

DO NOT WRITE ABOVE THIS LINE.

**1**

If no previous registration under identical title, check here ☐

TITLE OF THIS  ☐ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State ▼

OIL DAILY    incorporating ENERGY ALERT

New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|---|
| December | 2010 | 21 | 1529-4366 | 60 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Holborn Towers, 8th Floor
137-144 High Holborn
London WC1V 6PW    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

(First)
| Month ▲ | Day ▲ | Year ▲ |
|---|---|---|
| December | 1 | 2010 |

(Last)
| Month ▲ | Day ▲ | Year ▲ |
|---|---|---|
| December | 30 | 2010 |

CERTIFICATION*:    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name    Deborah A. Brown
Daytime telephone number  ( 646 ) 616-0824
Address (if other than given below)

Fax  212-532-4479    Email  dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group / Attn; Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE
RE

**TX 6-776-062**

*TX06776062*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
03       21       11
Month    Day      Year

APPLICATION RECEIVED
MAR 21 2011

ONE DEPOSIT RECEIVED
MAR 21 2011

FEE RECEIVED

EXAMINED BY   *me*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State▼
        ☐ NEWSLETTER

If no previous registration under identical title, check here ☐

**OIL DAILY**     Incorporating ENERGY ALERT          New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| January 2011 | 21 | 1529-4366 | 61 |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION** (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) January   3   2011          (Last) January   31   2011
        Month ▲  Day▲  Year▲                Month ▲  Day▲  Year▲

**CERTIFICATION\***:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature (X)   *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

**DEPOSIT ACCOUNT**

Account number   DA083550

Name of account   Energy Intelligence Group

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Certificate will be mailed in window envelope to this address

Name▼   Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼   5 East 37th Street, 5th Floor

City/State/ZIP▼   New York, NY 10016-2807

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ☺ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REG   **TX 6-776-069**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| 03 | 21 | 11 |
|----|----|----|
| Month | Day | Year |

APPLICATION RECEIVED
**MAR 21 2011**

ONE DEPOSIT RECEIVED
**MAR 21 2011**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼          City/State▼

**OIL DAILY          Incorporating ENERGY ALERT          New York, NY**

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| February   2011 | 20 | 1529-4366 | 61 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First)  February   1   2011          (Last)  February   28   2011
         Month▲   Day▲   Year▲               Month▲   Day▲   Year▲

---

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*          Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)

DEPOSIT ACCOUNT
Account number   DA083550
Name of account   Energy Intelligence Group

Fax   212-532-4479          Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-779-252**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

05          05          11
Month      Day         Year

APPLICATION RECEIVED
**MAY 05 2011**
ONE DEPOSIT RECEIVED
**MAY 05 2011**
FEE RECEIVED

EXAMINED BY
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS    ☐ NEWSPAPER    AS IT APPEARS ON THE COPIES ▼                    City/State▼
                 ☑ NEWSLETTER

If no previous registration under identical title, check here ☐

OIL DAILY                                                                         New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| March | 2011 | 23 | 1529-4366 | 61 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Interpark House 3rd Floor                        5 East 37th Street
7 Down Street                                    5th Floor
London W1J 7AJ   United Kingdom                  New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

(First) March          1          2011    (Last) March          31          2011
       Month ▲        Day▲       Year▲          Month ▲        Day▲       Year▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer    Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM        DEPOSIT ACCOUNT
Name    Deborah A. Brown                                      Account number  DA083550
Daytime telephone number  ( 646 ) 616-0824                    Name of account
Address (if other than given below) _____                   Energy Intelligence Group

Fax    212-532-4479          Email    dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address | Name▼ Energy Intelligence Group /Attn: Ms. Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor |
| | City/State/ZIP▼ New York, NY 10016-2807 |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

REGI **TX 6-779-251**

*TX0006779251*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

05   05   11
Month   Day   Year

APPLICATION RECEIVED
**MAY 05 2011**

ONE DEPOSIT RECEIVED
**MAY 05 2011**

FEE RECEIVED

EXAMINED BY *me*

CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

## 1

*If no previous registration under identical title, check here* ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
☑ NEWSLETTER

City/State ▼

**OIL DAILY**   New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| April   2011 | 20 | 1529-4366 | 61 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   *Important: Give month, day, and year*

(First) April   1   2011   (Last) April   29   2011
Month ▲   Day ▲   Year ▲          Month ▲   Day ▲   Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____
Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

You are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper   U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

R    TX 6-779-316

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

06    07    11
Month    Day    Year

APPLICATION RECEIVED
JUN 07 2011

ONE DEPOSIT RECEIVED
JUN 07 2011

FEE RECEIVED

EXAMINED BY    *mc*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**

If no previous registration under identical title, check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼
                ☑ NEWSLETTER                                   City/State▼

OIL DAILY                                                       New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| May    2011 | 21 | 1529-4366 | 61 |

---

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited        Energy Intelligence Group, Inc.
Interpark House 3rd Floor                      5 East 37th Street
7 Down Street                                  5th Floor
London W1J 7AJ   United Kingdom                New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other_____

---

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First)   May        2        2011 ▲        (Last)   May        31        2011 ▲
          Month ▲    Day▲     Year▲                  Month ▲    Day▲     Year▲

---

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A. Brown*        Typed or printed name of signer   Deborah A. Brown

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)   _____
Fax   212-532-4479        Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550
Name of account   Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-776-025**

*TX6776025*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

07    05    11
Month    Day    Year

APPLICATION RECEIVED
JUL 05 2011

ONE DEPOSIT RECEIVED
JUL 05 2011

FEE RECEIVED

**EXAMINED BY** *me*

**CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ☐*

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼      City/State▼
☑ NEWSLETTER

OIL DAILY                                                          New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| June | 2011 | 22 | 1529-4366 | 61 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Interpark House 3rd Floor                        5 East 37th Street
7 Down Street                                    5th Floor
London W1J 7AJ   United Kingdom                  New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) June      1      2011      (Last) June      30      2011
Month ▲    Day▲    Year▲          Month ▲    Day▲    Year▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A. Brown*      Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824

Address (if other than given below) _____

Fax   212-532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

**YOU MUST**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper      U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-122**

*TX0006782122*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **9**  Day **8**  Year **11**

APPLICATION RECEIVED
**SEP   08   2011**

ONE DEPOSIT RECEIVED
**SEP   08   2011**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS ☐ NEWSPAPER  ☑ NEWSLETTER  AS IT APPEARS ON THE COPIES ▼                City/State ▼

If no previous registration under identical title, check here ☐

**OIL DAILY**                                                          **New York, NY**

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| July          2011 | 21 | 1529-4366 | 61 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month, day, and year

(First) July          1          2011        (Last) July          29          2011
      Month ▲      Day ▲     Year ▲              Month ▲      Day ▲     Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*       Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  **Deborah A. Brown**

Daytime telephone number  **( 646 ) 616-0824**

Address (if other than given below)

Fax  **212-532-4479**          Email  **dbrown@energyintel.com**

DEPOSIT ACCOUNT

Account number  **DA083550**

Name of account
**Energy Intelligence Group**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

REGIS   TX 6-788-961

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

9 - 8 - 204
Month     Day     Year

APPLICATION RECEIVED
9/8/2011

ONE DEPOSIT RECEIVED
9-8-20/

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ☐*

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State▼
                ☑ NEWSLETTER

OIL DAILY                                                                New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| July          2011 | 21 | 1529-4366 | 61 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Interpark House 3rd Floor                        5 East 37th Street
7 Down Street                                    5th Floor
London W1J 7AJ    United Kingdom                 New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First)  July          1          2011     (Last)  July          29          2011
         Month ▲      Day▲       Year▲             Month ▲       Day▲        Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*          Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM          DEPOSIT ACCOUNT

Name   Deborah A. Brown                                        Account number   DA083550

Daytime telephone number   ( 646 ) 616-0824                    Name of account

Address (if other than given below)                            Energy Intelligence Group

Fax   212-532-4479          Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

REGIS **TX 6-774-709**

*TX0006774709*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **09**  Day **08**  Year **11**

APPLICATION RECEIVED
**Sep. 8 2011   May 24 2012**
ONE DEPOSIT RECEIVED
**Sep. 8 2011   May 30 2012**
FEE RECEIVED

EXAMINED BY **MC**
CORRESPONDENCE

DO NOT WRITE ABOVE THIS LINE.

**1**
If no previous registration under identical title, check here ☐

TITLE OF THIS   ☐ NEWSPAPER   ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼    City/State▼

**OIL DAILY**                                                                                      **New York, NY**

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| August   2011 | 23 | 1529-4366 | 61 |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

**3**
DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) August    1    2011     (Last) August    31    2011
      Month▲   Day▲   Year▲            Month▲   Day▲   Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*    Typed or printed name of signer **Deborah A. Brown**

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name **Deborah A. Brown**
Daytime telephone number ( **646** ) **616-0824**
Address (if other than given below)

DEPOSIT ACCOUNT
Account number **DA083550**
Name of account **Energy Intelligence Group**

Fax **212-532-4479**    Email **dbrown@energyintel.com**

| Certificate will be mailed in window envelope to this address | Name▼ |
|---|---|
| | Energy Intelligence Group /Attn: Ms. Deborah A. Brown |
| | Number/Street/Apt ▼ |
| | 5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼ |
| | New York, NY 10016-2807 |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper     U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RI

**TX 6-576-002**

*TX6576002*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
9 - 8 - 2011
Month          Day          Year

APPLICATION RECEIVED
9/8/2011

ONE DEPOSIT RECEIVED
9-8-2011

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here* ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼          City/State ▼
                ☑ NEWSLETTER

OIL DAILY                                                            New York, NY

Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼
August          2011 | 23 | 1529-4366 | 61

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Interpark House 3rd Floor                        5 East 37th Street
7 Down Street                                    5th Floor
London W1J 7AJ   United Kingdom                  New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other___

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) August          1          2011          (Last) August          31          2011
        Month ▲          Day ▲          Year ▲                 Month ▲          Day ▲          Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*          Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM          DEPOSIT ACCOUNT
Name   Deborah A. Brown                                         Account number   DA083550
Daytime telephone number   ( 646 ) 616-0824                     Name of account
Address (if other than given below)                             Energy Intelligence Group

Fax   212-532-4479          Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

162633411



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-780-004**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

| Month | Day | Year |
|---|---|---|
| 11 | 8 | 11 |

APPLICATION RECEIVED
11 - 8 - 11

ONE DEPOSIT RECEIVED
11 - 8 - 11

FEE RECEIVED

EXAMINED BY *ADIC*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER    ☑ NEWSLETTER    AS IT APPEARS ON THE COPIES ▼

City/State▼

**OIL DAILY**

New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| September | 2011 | 22 | 1529-4366 | 61 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP    Important: Give month, day, and year

| (First) | September | 1 | 2011 | (Last) | September | 30 | 2011 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day▲ | Year▲ | | Month ▲ | Day▲ | Year▲ |

CERTIFICATION*:    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer    Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name    Deborah A. Brown

Daytime telephone number    ( 646 ) 616-0824

Address (if other than given above)

Fax    212-532-4479    Email    dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number    DA083550

Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

162633422



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-780-005**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

11 — 8 — 2011
Month   Day   Year

APPLICATION RECEIVED
11-8-2011

ONE DEPOSIT RECEIVED
11-8-2011

FEE RECEIVED

EXAMINED BY   *ADIC*
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

| TITLE OF THIS | ☐ NEWSPAPER ☑ NEWSLETTER | AS IT APPEARS ON THE COPIES ▼ | City/State▼ |
|---|---|---|---|

*If no previous registration under identical title, check here ☐*

**OIL DAILY**                                    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| October   2011 | 21 | 1529-4366 | 61 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) October    3    2011    (Last) October    31    2011
Month ▲   Day▲   Year▲              Month ▲   Day▲   Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

| Certificate will be mailed in window envelope to this address | Name▼  Energy Intelligence Group /Attn: Ms. Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼  5 East 37th Street, 5th Floor |
| | City/State/ZIP▼  New York, NY 10016-2807 |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**R** TX 6-782-123

*TX0006782123*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

12 - 21 - 11
Month     Day     Year

APPLICATION RECEIVED
DEC 21 2011

ONE DEPOSIT RECEIVED
DEC 21 2011

FEE RECEIVED
DEC 21 2011

EXAMINED BY ☒
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **1** | TITLE OF THIS ☐ NEWSPAPER ☒ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼ | City/State▼ |

If no previous registration under identical title, check here ☐

OIL DAILY                                          New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| November     2011 | 22 | 1529-4366 | 61 |

**2**   NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☒ Editing     ☐ Compilation     ☒ Text     ☐ Other_____

**3**   DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) November     1     2011     (Last) November     30     2011
Month ▲     Day▲     Year▲           Month ▲     Day▲     Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X) *Deborah A Brown*       Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____

Fax   212-532-4479     Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-124**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

12 -21 - 11
Month   Day   Year

APPLICATION RECEIVED
DEC 21   2011

ONE DEPOSIT RECEIVED
DEC 21   2011

FEE RECEIVED
DEC 21   2011

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1** If no previous registration under identical title, check here ☐

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State▼
☑ NEWSLETTER

OIL DAILY                                                     New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| December | 2011 | 12 | 1529-4366 | 61 |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Interpark House 3rd Floor                        5 East 37th Street
7 Down Street                                    5th Floor
London W1J 7AJ   United Kingdom                  New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) December   1   2011   (Last) December   16   2011
Month ▲   Day▲   Year▲          Month ▲   Day▲   Year▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*     Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-789-069**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

1 - 23 - 12
Month   Day   Year

**APPLICATION RECEIVED**
1 - 23 - 12

**ONE DEPOSIT RECEIVED**
1 - 23 - 12

**FEE RECEIVED**

16394633

EXAMINED BY

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

**TITLE OF THIS** ☐ NEWSPAPER   ☑ NEWSLETTER   **AS IT APPEARS ON THE COPIES ▼**

| | City/State▼ |
|---|---|
| OIL DAILY | New York, NY |

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| December   2011 | 9 | 1529-4366 | 61 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION** (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important: Give month, day, and year

(First)   December   19   2011      (Last)   December   30   2011
Month ▲   Day▲   Year▲            Month ▲   Day▲   Year▲

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*

Typed or printed name of signer   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824

Address (if other than given below)

Fax   212-532-4479   Email   dbrown@energyintel.com

**DEPOSIT ACCOUNT**

Account number   DA083550

Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼   Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼   5 East 37th Street, 5th Floor

City/State/ZIP▼   New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-774-708**

*TX0006774708*

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

| Month | Day | Year |
|-------|-----|------|
| 3 | 7 | 2012 |

**APPLICATION RECEIVED**
Mar 7 2012   May 24 2012

**ONE DEPOSIT RECEIVED**
Mar 7 2012

**EXAMINED BY** WMD

**CORRESPONDENCE**

**FEE RECEIVED**

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**

If no previous registration under identical title, check here □

TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼       City/State▼
             ☑ NEWSLETTER

OIL DAILY                                                           New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| January | 2012 | 21 | 1529-4366 | 62 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Interpark House 3rd Floor                        5 East 37th Street
7 Down Street                                    5th Floor
London W1J 7AJ   United Kingdom                  New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) | January | 3 | 2012 |       (Last) | January | 31 | 2012 |
Month ▲ | Day▲ | Year▲                         Month ▲ | Day▲ | Year▲

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer   Deborah A. Brown

---

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824

Address (if other than given below) _____

Fax   212-532-4479      Email   dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number   DA083550

Name of account   Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper                              U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-786-171**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **3** Day **7** Year **12**

APPLICATION RECEIVED
**MAR 0 7 2012**

ONE DEPOSIT RECEIVED
**MAR 0 7 2012**

FEE RECEIVED

EXAMINED BY **AD**

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**

If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼   City/State▼
☑ NEWSLETTER

OIL DAILY                                         New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| February | 2012 | 21 | 1529-4366 | 62 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ  United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) February 1 2012   (Last) February 29 2012
Month ▲  Day▲  Year▲        Month ▲  Day▲  Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*   Typed or printed name of signer Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name  Deborah A. Brown

Daytime telephone number  ( 646 ) 616-0824

Address (if other than given below)

Fax  212-532-4479   Email  dbrown@energyintel.com

DEPOSIT ACCOUNT

Account number  DA083550

Name of account

Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ® Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-787-504**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

Month 5   Day 14   Year 2012

**APPLICATION RECEIVED** 5/14/2012
**ONE DEPOSIT RECEIVED** 5/14/12   5/18/12
**FEE RECEIVED**

EXAMINED BY *chix*
CORRESPONDENCE ☑

DO NOT WRITE ABOVE THIS LINE.

**1**

*if no previous registration under identified title, check here ☐*

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼     City/State ▼
    ☑ NEWSLETTER

OIL DAILY                      New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| March   2012 | 22 | 1529-4366 | 62 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited      Energy Intelligence Group, Inc.
Interpark House 3rd Floor                 5 East 37th Street
7 Down Street                       5th Floor
London W1J 7AJ   United Kingdom       New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing      ☐ Compilation      ☑ Text      ☐ Other_____

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month, day, and year

(First) March     1     2012     (Last) March     30     2012
     Month ▲   Day ▲   Year ▲        Month ▲   Day ▲   Year ▲

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*     Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM     DEPOSIT ACCOUNT
Name   Deborah A. Brown                       Account number   DA083550
Daytime telephone number   ( 646 ) 616-0824      Name of account
Address (if other than given below)            Energy Intelligence Group

Fax   212-532-4479     Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE   **TX 6-789-984**



EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

MAY 14 2012
Month   Day   Year

APPLICATION RECEIVED
MAY 1 4 2012

ONE DEPOSIT RECEIVED
MAY 1 4 2012

FEE RECEIVED

EXAMINED BY   CD

CORRESPONDENCE   ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ☐*

| TITLE OF THIS | ☐ NEWSPAPER  ☑ NEWSLETTER | AS IT APPEARS ON THE COPIES ▼ | City/State▼ |
|---|---|---|---|
| | OIL DAILY | | New York, NY |

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| March | 2012 | 22 | 1529-4366 | 62 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION** (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

| (First) | March | 1 | 2012 | (Last) | March | 30 | 2012 |
|---|---|---|---|---|---|---|---|
| | Month ▲ | Day▲ | Year▲ | | Month ▲ | Day▲ | Year▲ |

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*   Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____

Fax   212-532-4479   Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

TX 6-787-503

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

Month 6   Day 1   Year 2012

**APPLICATION RECEIVED**
6/1/2012

**ONE DEPOSIT RECEIVED**
6/1/12   6/18/12

EXAMINED BY *ehig*

CORRESPONDENCE ☑   **FEE RECEIVED**

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ☐*

**TITLE OF THIS** ☐ NEWSPAPER  **AS IT APPEARS ON THE COPIES ▼**   City/State ▼
☐ NEWSLETTER

OIL DAILY                                          New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| April       2012 | 20 | 1529-4366 | 62 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Interpark House 3rd Floor                        5 East 37th Street
7 Down Street                                    6th Floor
London W1J 7AJ    United Kingdom                 New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION** (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other_____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important: Give month, day, and year

(First) April    2    2012     (Last) April    30    2012
        Month ▲  Day ▲  Year ▲        Month ▲  Day ▲  Year ▲

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*     Typed or printed name of signer   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)

Fax   212-532-4479     Email   dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account   Energy Intelligence Group

**Certificate will be mailed in window envelope to this address**

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper     U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-789-728**

*RTX0006789728*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)
**MAY   14   2012**
Month        Day        Year

APPLICATION RECEIVED
**MAY 1 4 2012**

ONE DEPOSIT RECEIVED
**MAY 1 4 2012**

FEE RECEIVED

EXAMINED BY
**PSTAN**
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼        City/State▼
               ☐ NEWSLETTER

*If no previous registration under identical title, check here ☐*

OIL DAILY                                                         New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| April          2012 | 20 | 1529-4366 | 62 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited            Energy Intelligence Group, Inc.
Interpark House 3rd Floor                          5 East 37th Street
7 Down Street                                      5th Floor
London W1J 7AJ    United Kingdom                   New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) April        2        2012        (Last) April        30        2012
Month ▲      Day▲      Year▲              Month ▲      Day▲      Year▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*        Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____

Fax   212-532-4479        Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP▼
New York, NY 10016-2807

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-790-051**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

Month **JUN 19 2012** Year

**APPLICATION RECEIVED**
**JUN 19 2012**

**EXAMINED BY** KFOM

**CORRESPONDENCE**

**ONE DEPOSIT RECEIVED** 6/19/12

**FEE RECEIVED**

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

**TITLE OF THIS** ☐ NEWSPAPER ☐ NEWSLETTER **AS IT APPEARS ON THE COPIES ▼**

City/State▼

**OIL DAILY** — New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| May 2012 | 23 | 1529-4366 | 62 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION (check all that apply)**
☑ Editing   ☐ Compilation   ☑ Text   ☐ Other

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP** Important: Give month, day, and year

(First) May / 1 / 2012 — Month▲ Day▲ Year▲
(Last) May / 31 / 2012 — Month▲ Day▲ Year▲

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer **Deborah A. Brown**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name **Deborah A. Brown**
Daytime telephone number **( 646 ) 616-0824**
Address (if other than given below) _____
Fax **212-532-4479**   Email **dbrown@energyintel.com**

**DEPOSIT ACCOUNT**
Account number **DA083550**
Name of account **Energy Intelligence Group**

---

Certificate will be mailed in window envelope to this address

Name▼ Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼ 5 East 37th Street, 5th Floor
City/State/ZIP▼ New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters

**TX 6–788–123**

EXAMINED BY

CORRESPONDENCE ☐

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

7 Month   9 Day   12 Year

APPLICATION RECEIVED
JULY 9, 2012

ONE DEPOSIT RECEIVED
JULY 9, 2012

FEE RECEIVED

**DO NOT WRITE ABOVE THIS LINE.**

**1** TITLE OF THIS ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State▼
☐ NEWSLETTER

*If no previous registration under identical title, check here ☐*

OIL DAILY                                                                  New York, NY

| Month and year date on copies ▼ | | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|---|
| May | 2012 | 23 | 1529-4366 | 62 |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited       Energy Intelligence Group, Inc.
Interpark House 3rd Floor                          5 East 37th Street
7 Down Street                                            5th Floor
London W1J 7AJ   United Kingdom            New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other_____

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important Give month, day, and year

(First) May   1   2012   (Last) May   31   2012
Month ▲   Day▲   Year▲          Month ▲   Day▲   Year▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*       Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____

Fax   212-532-4479       Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ☺ Printed on recycled paper       U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-788-122**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

7 Month   5 Day   12 Year

APPLICATION RECEIVED
July 5, 2012

ONE DEPOSIT RECEIVED
July 5, 2012

FEE RECEIVED

EXAMINED BY   *SAS*

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

**1**
*If no previous registration under identical title, check here ☐*

TITLE OF THIS   ☐ NEWSPAPER   AS IT APPEARS ON THE COPIES ▼   City/State ▼
☐ NEWSLETTER

OIL DAILY                                                                New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| June   2012 | 21 | 1529-4366 | 62 |

**2**
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited          Energy Intelligence Group, Inc.
Interpark House 3rd Floor                        5 East 37th Street
7 Down Street                                    5th Floor
London W1J 7AJ   United Kingdom                  New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☒ Editing          ☐ Compilation          ☒ Text          ☐ Other_____

**3**
DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) June   1   2012        (Last) June   29   2012
        Month ▲   Day ▲   Year ▲          Month ▲   Day ▲   Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*        Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____

Fax   212-532-4479        Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account   Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters

**TX 6-789-191**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

AUG. 14, 2012
Month   Day   Year

APPLICATION RECEIVED
8/14/2012

ONE DEPOSIT RECEIVED
8/14/2012

EXAMINED BY JRP

CORRESPONDENCE ☐

FEE RECEIVED

**DO NOT WRITE ABOVE THIS LINE.**

## 1

*If no previous registration under identical title, check here ☐*

**TITLE OF THIS** ☐ NEWSPAPER **AS IT APPEARS ON THE COPIES ▼**
☑ NEWSLETTER

City/State▼

OIL DAILY

New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| July 2012 | 22 | | 62 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION (check all that apply)**

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP** *Important: Give month, day, and year*

(First) July 2 2012 (Last) July 31 2012
Month▲ Day▲ Year▲ Month▲ Day▲ Year▲

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name Deborah A. Brown

Daytime telephone number ( 646 ) 616-0824

Address (if other than given below)

Fax 212-532-4479   Email dbrown@energyintel.com

**DEPOSIT ACCOUNT**

Account number DA083550

Name of account Energy Intelligence Group

| Certificate will be mailed in window envelope to this address | Name▼ Energy Intelligence Group /Attn: Ms. Deborah A. Brown |
|---|---|
| | Number/Street/Apt▼ 5 East 37th Street, 5th Floor |
| | City/State/ZIP▼ New York, NY 10016-2807 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

**TX 6-790-253**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **Oct** Day **10** Year **2012**

APPLICATION RECEIVED
DEC 0 7 2012    10/10/12

ONE DEPOSIT RECEIVED
DEC 0 7 2012    10/10/12

FEE RECEIVED

EXAMINED BY
CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

**1**
If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼    City/State ▼
☐ NEWSLETTER

**OIL DAILY**    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| August    2012 | 23 | | 62 |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing    ☐ Compilation    ☑ Text    ☐ Other_____

**3**

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) August   1   2012   (Last) August   31   2012
Month ▲   Day ▲   Year ▲        Month ▲   Day ▲   Year ▲

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown
Daytime telephone number  ( 646 ) 616-0824
Address (if other than given below)

Fax  212-532-4479    Email  dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number  DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

**TX 6-774-762**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

**OCTOBER 10 2012**
Month        Day        Year

**APPLICATION RECEIVED**
OCT 1 0 2012

**ONE DEPOSIT RECEIVED**
OCT 1 0 2012

**FEE RECEIVED**

**EXAMINED BY** PSTAN

**CORRESPONDENCE** ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

**TITLE OF THIS** ☐ NEWSPAPER   ☑ NEWSLETTER   **AS IT APPEARS ON THE COPIES ▼**        **City/State ▼**

**OIL DAILY**        New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| August   2012 | 23 | | 62 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION (check all that apply)**

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**   Important: Give month, day, and year

(First) August   1   2012        (Last) August   31   2012
Month ▲   Day ▲   Year ▲                Month ▲   Day ▲   Year ▲

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*        Typed or printed name of signer   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)
Fax   212-532-4479        Email   dbrown@energyintel.com

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account   Energy Intelligence Group

---

Certificate will be mailed in window envelope to this address

**Name ▼**
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor
**City/State/ZIP ▼**
New York, NY 10016-2807

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊛ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

TX 6-790-252



*TX0006790252*

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **Oct** Day **10** Year **2012**

APPLICATION RECEIVED
DEC 07 2012  10/10/12

ONE DEPOSIT RECEIVED
DEC 07 2012  10/10/12

EXAMINED BY

CORRESPONDENCE ☐

FEE RECEIVED

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

**TITLE OF THIS** ☐ NEWSPAPER    **AS IT APPEARS ON THE COPIES ▼**
☑ NEWSLETTER

City/State▼

OIL DAILY                                                                    New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| September   2012 | 20 |  | 62 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION (check all that apply)**

☑ Editing        ☐ Compilation        ☑ Text        ☐ Other_____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP**    Important: Give month, day, and year

(First) September    3    2012            (Last) September    28    2012
Month ▲        Day ▲        Year ▲                    Month ▲        Day ▲        Year ▲

**CERTIFICATION*:**    I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown

Daytime telephone number   ( 646 ) 616-0824

Address (if other than given below)  _____

Fax   212-532-4479        Email   dbrown@energyintel.com

**DEPOSIT ACCOUNT**

Account number   DA083550

Name of account   Energy Intelligence Group

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Certificate will be mailed in window envelope to this address

Name▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-774-760**

*TX0006774760*

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)
**OCTOBER 10 2012**
Month      Day      Year

**APPLICATION RECEIVED**
**OCT 1 0 2012**

**ONE DEPOSIT RECEIVED**
**OCT 1 0 2012**

**FEE RECEIVED**

EXAMINED BY **PSTAN**
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

TITLE OF THIS  ☐ NEWSPAPER  AS IT APPEARS ON THE COPIES ▼     City/State ▼
☑ NEWSLETTER

**OIL DAILY**     New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| September   2012 | 20 | | 62 |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing     ☐ Compilation     ☑ Text     ☐ Other_____

## 3

DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) September   3   2012     (Last) September   28   2012
Month ▲   Day ▲   Year ▲            Month ▲   Day ▲   Year ▲

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*     Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below) _____
Fax   212-532-4479     Email   dbrown@energyintel.com

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters

**TX 6-790-254**

EFFECTIVE DATE OF REGISTRATION
(Assigned by Copyright Office)

Month **DEC** Day **7** Year **2012**

APPLICATION RECEIVED
**DEC 0 7 2012**

ONE DEPOSIT RECEIVED
**DEC 0 7 2012**

FEE RECEIVED

EXAMINED BY

CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1** If no previous registration under identical title, check here ☐

TITLE OF THIS ☐ NEWSPAPER   ☑ NEWSLETTER   AS IT APPEARS ON THE COPIES ▼

City/State ▼

**OIL DAILY**                                                   New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN ▼ | Edition ▼ |
|---|---|---|---|
| October 2012 | 22 | | 62 |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ   United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

AUTHOR'S CONTRIBUTION (check all that apply)

☑ Editing   ☐ Compilation   ☑ Text   ☐ Other_____

**3** DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP   Important: Give month, day, and year

(First) October 1 2012   (Last) October 30 2012
Month▲ Day▲ Year▲           Month▲ Day▲ Year▲

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name of signer   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown
Daytime telephone number   ( 646 ) 616-0824
Address (if other than given below)

DEPOSIT ACCOUNT
Account number   DA083550
Name of account
Energy Intelligence Group

Fax   212-532-4479   Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

Name ▼
Energy Intelligence Group /Attn: Ms. Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⓟ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form G/DN**
For Group/Daily Newspapers and Newsletters
UNITED STATES COPYRIGHT OFFICE

R **TX 6-790-255**

**EFFECTIVE DATE OF REGISTRATION**
(Assigned by Copyright Office)

Month **DEC** Day **17** Year **2012**

**APPLICATION RECEIVED**
DEC 0 7 2012

**ONE DEPOSIT RECEIVED**
DEC 0 7 2012

**FEE RECEIVED**

EXAMINED BY
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

If no previous registration under identical title, check here ☐

**TITLE OF THIS** ☐ **NEWSPAPER** **AS IT APPEARS ON THE COPIES ▼**
☐ **NEWSLETTER**

City/State▼

OIL DAILY

New York, NY

| Month and year date on copies ▼ | Number of issues in this group ▼ | ISSN▼ | Edition▼ |
|---|---|---|---|
| November    2012 | 22 | | 62 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE WORKS MADE FOR HIRE**

Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor
7 Down Street
London W1J 7AJ    United Kingdom

Energy Intelligence Group, Inc.
5 East 37th Street
5th Floor
New York, NY 10016-2807

**AUTHOR'S CONTRIBUTION (check all that apply)**

☑ Editing          ☐ Compilation          ☑ Text          ☐ Other_____

## 3

**DATE OF PUBLICATION OF THE FIRST AND LAST ISSUES IN THIS GROUP** Important: Give month, day, and year

(First) **November** **1** **2012**    (Last) **November** **30** **2012**
Month▲    Day▲    Year▲          Month▲    Day▲    Year▲

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name of signer **Deborah A. Brown**

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name **Deborah A. Brown**
Daytime telephone number ( **646** ) **616-0824**
Address (if other than given below)

**DEPOSIT ACCOUNT**
Account number **DA083550**
Name of account
**Energy Intelligence Group**

Fax **212-532-4479**    Email **dbrown@energyintel.com**

Certificate will be mailed in window envelope to this address

| Name▼ |
|---|
| Energy Intelligence Group /Attn: Ms. Deborah A. Brown |
| Number/Street/Apt ▼ |
| 5 East 37th Street, 5th Floor |
| City/State/ZIP▼ |
| New York, NY 10016-2807 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ⊕ Printed on recycled paper

U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-676-538

**Effective date of
registration:**
February 21, 2013

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | December 2012 |

## Completion/ Publication

| | |
|---|---|
| **Publication Date of First Issue:** | December 3, 2012 |
| **Publication Date of Last Issue:** | December 31, 2012 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

**Name:**   Deborah A. Brown

**Registration #:**   TX0007676538
**Service Request #:**   1-929795485

Energy Intelligence Group
Attn: Ms. Deborah A. Brown
5 East 37th Street 5th Floor
New York, NY 10016

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-676-528

**Effective date of registration:**

February 21, 2013

## Title

**Title of Work:** OIL DAILY

**City/State:** New York, NY

**Month/Year:** January 2013

## Completion/Publication

**Publication Date of First Issue:** January 2, 2013
**Publication Date of Last Issue:** January 31, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 22

## Author

**Author:** Energy Intelligence Group (UK) Limited
**Author Created:** Editing, Text

**Author:** Energy Intelligence Group, Inc.
**Author Created:** Editing, Text

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

Registration #:  TX0007676528

Service Request #:  1-929835849



Energy Intelligence Group
Attn: Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-744-517

**Effective date of registration:**

April 24, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Oil Daily |
| **City/State:** | New York, NY |
| **Month/Year:** | February 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | February 1, 2013 |
| **Publication Date of Last Issue:** | February 28, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>Energy Intelligence 5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

**Certification**

**Name:**   Deborah A. Brown

**Correspondence:**   Yes



**Registration #:**   TX0007744517

**Service Request #:**   1-944933504



Energy Intelligence Group
Ms. Deborah A.  Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-744-541

**Effective date of registration:**

April 24, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Oily Daily |
| **City/State:** | New York, NY |
| **Month/Year:** | March 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | March 1, 2013 |
| **Publication Date of Last Issue:** | March 28, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>7 Down Street, London, W1J7A, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 1001 6-2807 |

# Certification

**Name:**  Deborah A. Brown

**Correspondence:**  Yes



**Registration #:**  TX0007744541

**Service Request #:**  1-945043421



Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-726-260**

**Effective date of registration:**

July 2, 2013

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY, 63 |
| **City/State:** | New York, NY |
| **Month/Year:** | April 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | April 1, 2013 |
| **Publication Date of Last Issue:** | April 30, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, WIIJ 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street 5th, 5th Floor, New York,, NY, 10016-2807 |



Registration #: TX0007726260

Service Request #: 1-966133609



Energy Intelligence Group (UK) Limited
Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-726-259

**Effective date of registration:**

July 2, 2013

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY, 63 |
| **City/State:** | New York, NY |
| **Month/Year:** | May 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | May 1, 2013 |
| **Publication Date of Last Issue:** | May 31, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 23 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | editing, text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York,, NY, 10016-2807 |

**Name:** Deborah A. Brown



**Registration #:**   TX0007726259

**Service Request #:**   1-966116039



Energy Intelligence Group
Deborah A.  Brown
5 East 37th Street,
5th Floor
New York,, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-726-232

**Effective date of registration:**

July 3, 2013

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY, 63 |
| **City/State:** | New York, NY |
| **Month/Year:** | June 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | June 3, 2013 |
| **Publication Date of Last Issue:** | June 28, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group (UK) Limited |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group, Inc. 5 East 37th Street, 5th Floor, New York,, NY, 10016-2807 |
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

Page 1 of 1

**Registration #:** TX0007726232

**Service Request #:** 1-965936234



Energy Intelligence Group, Inc.
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-989-343

**Effective Date of Registration:**
September 24, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 63] |
| **City/State:** | New York, NY |
| **Month/Year:** | July 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | July 01, 2013 |
| **Publication Date of Last Issue:** | July 01, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 23 |

## Author

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**   TX0007989343
**Service Request #:**   1-1007561432

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-946-126**

**Effective date of registration:**

September 24, 2013

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY   [Edition:  63] |
| **City/State:** | New York, NY |
| **Month/Year:** | August 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | August 1, 2013 |
| **Publication Date of Last Issue:** | August 30, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY  10016-2807 |

**Certification**

**Name:**   Deborah A. Brown



**Registration #:**    TX0007946126

**Service Request #:**    1-1007530628



Energy Intelligence Group
Ms. Deborah A. Brown
5 East 37th Street
5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-898-912

**Effective date of registration:**

November 12, 2013

## Title

**Title of Work:** OIL DAILY

**City/State:** New York, NY

**Month/Year:** September 2013

## Completion/Publication

**Publication Date of First Issue:** September 2, 2013
**Publication Date of Last Issue:** September 30, 2013
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 21

## Author

**Author:** Energy Intelligence Group (UK) Limited
**Author Created:** Editing, Text
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, WIJ 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 100 1 6-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-991-979

**Effective Date of Registration:**
November 12, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 63] |
| **City/State:** | New York, NY |
| **Month/Year:** | October 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | October 01, 2013 |
| **Publication Date of Last Issue:** | October 31, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 23 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

| | |
|---|---|
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th FLoor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**  TX0007991979
**Service Request #:**  1-1029862440

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-068-878

**Effective Date of Registration:**
January 10, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 63] |
| **City/State:** | New York, NY |
| **Month/Year:** | November 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | November 01, 2013 |
| **Publication Date of Last Issue:** | November 29, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**   TX0008068878
**Service Request #:**   1-1174513272

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-058-300

**Effective Date of Registration:**
January 10, 2014

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY - [Edition: 63] |
| **City/State:** | New York, NY |
| **Month/Year:** | December 2013 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | December 02, 2013 |
| **Publication Date of Last Issue:** | December 31, 2013 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY 10016-2807

## Certification

**Name:** Deborah A. Brown



**Registration #:**   TX0008058300
**Service Request #:**   1-1146880932

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## TX 7-962-816
**Effective Date of Registration:**
February 12, 2014

---

## Title

**Title of Work:** OIL DAILY   (Edition 64)

**City/State:** New York, NY
**Month/Year:** January 2014
**Edition:** 64

## Completion/Publication

**Publication Date of First Issue:** January 02, 2014
**Publication Date of Last Issue:** January 31, 2014
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 22

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown

Page 1 of 1

*00001TX00079628160202*

**Registration #:**   TX0007962816
**Service Request #:**   1-1236497277

Energy Intelligence Group
Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-990-336

**Effective Date of Registration:**
April 29, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY(64) |
| **City/State:** | New York, NY |
| **Month/Year:** | February 2014 |
| **Edition:** | 64 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | February 03, 2014 |
| **Publication Date of Last Issue:** | February 28, 2014 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor 7 Down Street, London, England, WIIJ 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



Registration #:   TX0007990336
Service Request #:   1-1454031651

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-993-575**

**Effective Date of Registration:**
April 28, 2014

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | March 2014 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | March 03, 2014 |
| **Publication Date of Last Issue:** | March 31, 2014 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, Down Street, London W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group
5 Est 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown

**Registration #:**   TX0007993575
**Service Request #:**   1-1454020308

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 1001 6-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-934-103**

**Effective date of registration:**

May 21, 2014

## Title

**Title of Work:**  OIL DAILY  -  [Edition 64]

**City/State:**  New York, NY

**Month/Year:**  April 2014

## Completion/Publication

**Publication Date of First Issue:**  April 1, 2014

**Publication Date of Last Issue:**  April 30, 2014

**Nation of 1st Publication:**  United States

**Number of Issues in this Group:**  21

## Author

**Author:**  Energy Intelligence Group (UK) Limited
**Author Created:**  Editing, Text
**Work made for hire:**  Yes

**Author:**  Energy Intelligence Group, Inc.
**Author Created:**  Editing, Text
**Work made for hire:**  Yes

## Copyright Claimant

**Copyright Claimant:**  Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ,  United Kingdom

**Copyright Claimant:**  Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY  10016-2807



**Registration #:**   TX0007934103

**Service Request #:**   1-1491434121



Energy Intelligence Group
Deborah A.  Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-966-215**

**Effective Date of Registration:**
July 09, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | May 2014 |
| **Edition:** | 64 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | May 01, 2014 |
| **Publication Date of Last Issue:** | May 30, 2014 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

Page 1 of 1

*00001TX00079662150202*

Registration #:    TX0007966215
Service Request #:    1-1592746831

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-982-542

**Effective Date of Registration:**
July 09, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | June 2014 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | June 02, 2014 |
| **Publication Date of Last Issue:** | June 30, 2014 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Energy Intelligence Group, Inc. |
  | **Author Created:** | Editing, Text |
  | **Work made for hire:** | Yes |

- | | |
  |---|---|
  | **Author:** | Energy Intelligence Group (UK) Limited |
  | **Author Created:** | Editing, Text |
  | **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street. 5th Floor, New York, NY 10016-2807 |
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



Registration #:   TX0007982542
Service Request #:   1-1646937515

Energy Intelligence Group
Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-050-420**

**Effective Date of Registration:**
October 21, 2014

## Title
_____

| | |
|---|---|
| **Title of Work:** | OIL DAILY Edition 64 |
| **City/State:** | New York, NY |
| **Month/Year:** | July 2014 |

## Completion/Publication
_____

| | |
|---|---|
| **Publication Date of First Issue:** | July 01, 2014 |
| **Publication Date of Last Issue:** | July 31, 2014 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 23 |

## Author
_____

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc,
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc,
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification
_____

**Name:** Deborah A. Brown



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 8-086-895**

**Effective Date of Registration:**
September 23, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 64] |
| **City/State:** | New York, NY |
| **Month/Year:** | August 2014 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | August 01, 2014 |
| **Publication Date of Last Issue:** | August 29, 2014 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | 7 Down Street Interpark House 3rd Floor, London, W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street 5th Floor, New York, NY  10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

| | |
|---|---|
| **Correspondence:** | Yes |



**Registration #:**   TX0008086895
**Service Request #:**   1-1793342282

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



**Registration #:**   TX0008050420
**Service Request #:**   1-2344349891

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-029-377

**Effective Date of Registration:**
November 12, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY ( 64) |
| **City/State:** | Ny, NY |
| **Month/Year:** | September 2014 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | September 01, 2014 |
| **Publication Date of Last Issue:** | September 30, 2014 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th Floor, New York,, NY, 100 16-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**   TX0008029377
**Service Request #:**   1-1918227094

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York,, NY 10016-2807



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX 8-110-455**
**Effective Date of Registration:**
November 12, 2014

## Title

**Title of Work:** OIL DAILY

**City/State:** New York, NY
**Month/Year:** October 2014

## Completion/Publication

**Publication Date of First Issue:** October 01, 2014
**Publication Date of Last Issue:** October 31, 2014
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 23

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligenee Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY  10016-2807

## Certification

**Name:** Deborah A. Brown



Registration #:   TX0008110455
Service Request #:   1-1917855354

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## TX 8-060-210
**Effective Date of Registration:**
January 20, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | NY, NY |
| **Month/Year:** | November 2014 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | November 03, 2014 |
| **Publication Date of Last Issue:** | November 28, 2014 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | collective work |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:** TX0008060210
**Service Request #:** 1-2094904750

Energy Intelligence Group (UK) Limited
Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York,
NY, 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 8-109-803

**Effective Date of Registration:**
January 20, 2015

---

## Title

**Title of Work:**  OIL DAILY

**City/State:**  New York, NY
**Month/Year:**  December 2014

## Completion/Publication

**Publication Date of First Issue:**  December 01, 2014
**Publication Date of Last Issue:**  December 31, 2014
**Nation of 1st Publication:**  United States
**Number of Issues in this Group:**  22

## Author

- **Author:**  Energy Intelligence Group (UK) Limited
  **Author Created:**  Editing, Text
  **Work made for hire:**  Yes

- **Author:**  Energy Intelligence Group, Inc.
  **Author Created:**  Editing, Text
  **Work made for hire:**  Yes

## Copyright Claimant

**Copyright Claimant:**  Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ  United Kingdom

**Copyright Claimant:**  Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY  10016-2807

## Certification

**Name:**  Deborah A. Brown



**Registration #:**   TX0008109803
**Service Request #:**   1-2079411060

Energy Intelligence Group, Inc.
Deborah A. Brown
5 East 37th Street
5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX 8-051-089**
**Effective Date of Registration:**
April 07, 2015

## Title

|  |  |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | January 2015 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | January 02, 2015 |
| **Publication Date of Last Issue:** | January 30, 2015 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

| | |
|---|---|
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th Floor, New York,, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**   TX0008051089
**Service Request #:**   1-2343981708

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street
5th Floor
New York, NY 10016-2807



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-178-073**
**Effective Date of Registration:**
April 07, 2015

---

## Title

**Title of Work:** OIL DAILY

**City/State:** New York, NY
**Month/Year:** February 2015

## Completion/Publication

**Publication Date of First Issue:** February 02, 2015
**Publication Date of Last Issue:** February 27, 2015
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 20

## Author

• **Author:** Energy Intelligence Group (UK) Limited
**Author Created:** Editing, Text
**Work made for hire:** Yes

• **Author:** Energy Intelligence Group, Inc.
**Author Created:** Editing, Text
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
East 37th Street, 5th Floor, New York, NY 10016-2807

## Certification

**Name:** Deborah A. Brown

Page 1 of 1



Registration #:   TX0008178073
Service Request #:   1-2308736747

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
## TX 8-178-063
**Effective Date of Registration:**
April 07, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | March 2015 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | March 02, 2015 |
| **Publication Date of Last Issue:** | March 31, 2015 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY  10016-2807

## Certification

**Name:** Deborah A. Brown

---

**Correspondence:** Yes



Registration #:   TX0008178063
Service Request #:   1-2308754372

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-149-237

**Effective Date of Registration:**
June 16, 2015

## Title _____

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | April 2015 |

## Completion/Publication _____

| | |
|---|---|
| **Publication Date of First Issue:** | April 01, 2015 |
| **Publication Date of Last Issue:** | April 30, 2015 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author _____

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing Text |
| **Work made for hire:** | Yes |

| | |
|---|---|
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification _____

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:** TX0008149237
**Service Request #:** 1-2514103814

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-180-407**

**Effective Date of Registration:**
June 16, 2015

---

## Title

**Title of Work:** OIL DAILY

**City/State:** New York, NY
**Month/Year:** May 2015

## Completion/Publication

**Publication Date of First Issue:** May 01, 2015
**Publication Date of Last Issue:** May 29, 2015
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 20

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing & Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing & Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY  10016-2807

## Certification

**Name:** Deborah A. Brown



Registration #:   TX0008180407
Service Request #:   1-2491341445

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-205-565**

**Effective Date of Registration:**
August 18, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 65] |
| **City/State:** | New York, NY |
| **Month/Year:** | June 2015 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | June 01, 2015 |
| **Publication Date of Last Issue:** | June 30, 2015 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London W1J 7AJ   United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY  10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**  TX0008205565
**Service Request #:**  I-2676602884

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-205-582

**Effective Date of Registration:**
August 18, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 65] |
| **City/State:** | New York, NY |
| **Month/Year:** | July 2015 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | July 01, 2015 |
| **Publication Date of Last Issue:** | July 31, 2015 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 23 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ  United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY  10016-2807

## Certification

**Name:** Deborah A. Brown



**Registration #:**   TX0008205582
**Service Request #:**   1-2678034234

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

Registration Number
**TX 8-236-144**
Effective Date of Registration:
October 08, 2015

---

## Title ────────────────────────────────

**Title of Work:**   OIL DAILY

**City/State:**   New York, NY
**Month/Year:**   August 2015

## Completion/Publication ───────────────

**Publication Date of First Issue:**   August 03, 2015
**Publication Date of Last Issue:**   August 31, 2015
**Nation of 1st Publication:**   United States
**Number of Issues in this Group:**   21

## Author ──────────────────────────────

- **Author:**   Energy Intelligence Group (UK) Limited
  **Author Created:**   Editing, Text
  **Work made for hire:**   Yes

- **Author:**   Energy Intelligence Group, Inc.
  **Author Created:**   Editing, Text
  **Work made for hire:**   Yes

## Copyright Claimant ─────────────────

**Copyright Claimant:**   Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London W1J 7AJ  United Kingdom

**Copyright Claimant:**   Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY  10016-2807

## Certification ──────────────────────

**Name:**   Deborah A. Brown

Page 1 of 1

Registration #:   TX0008236144
Service Request #:   1-2809030098

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

*0000TX0008236144Q201*

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-235-733**

**Effective Date of Registration:**
October 08, 2015

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | September 2015 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | September 01, 2015 |
| **Publication Date of Last Issue:** | September 30, 2015 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues iu this Group:** | 22 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th Floor, New York, NY  10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

**Registration #:**  TX0008235733
**Service Request #:**  1-2809030343

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 1001 6-2807

*0000TX00082573302011*

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-256-329

**Effective Date of Registration:**
January 04, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | October 2015 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | October 01, 2015 |
| **Publication Date of Last Issue:** | October 30, 2015 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London W1J 1AJ United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

**Registration #:**   TX0008256329
**Service Request #:**   1-3260721478

Energy Intelligence Group, Inc.
Attn: Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

*0000TX0008256329020 1*

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-258-814

**Effective Date of Registration:**
February 09, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | December 2015 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | December 01, 2015 |
| **Publication Date of Last Issue:** | December 31, 2015 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th Floor, New York, NY  10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

*0000TX000825881402022*

Registration #:   TX0008258814
Service Request #:   1-3143721950

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Peyton Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-262-868
**Effective Date of Registration:**
February 24, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | January 2016 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | January 04, 2016 |
| **Publication Date of Last Issue:** | January 29, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

- **Author:** Energy Intelligence Group, (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group, (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London  W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY  10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

---

*0000TX0008262686680202*

Registration #:   TX0008262868
Service Request #:   1-3241024928

Energy Intelligence Group
Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayu Leyh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-263-911
**Effective Date of Registration:**
April 20, 2016

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | February 2016 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | February 01, 2016 |
| **Publication Date of Last Issue:** | February 29, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 down Street, London W1J 7AJ United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

**Registration #:**   TX0008263911
**Service Request #:**   1-3448016239

Energy Intelligence Group
Attn: Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

*0000TX000826391102011*

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-274-102**
**Effective Date of Registration:**
April 20, 2016

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | March 2016 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | March 01, 2016 |
| **Publication Date of Last Issue:** | March 31, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing & Text

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing & Text

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**   TX0008274102
**Service Request #:**   1-3344622716

Energy Intelligence Group
Attn: Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Toyle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-323-668**
**Effective Date of Registration:**
June 16, 2016

## Title ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Title of Work:** OIL DAILY

**City/State:** New York, NY
**Month/Year:** April 2016

## Completion/Publication ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Publication Date of First Issue:** April 01, 2016
**Publication Date of Last Issue:** April 29, 2016
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 21

## Author ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Name:** Deborah A. Brown



**Registration #:** TX0008323668
**Service Request #:** 1-3788695550

Energy Intelligence Group
Attn: Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 1001-62807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tryle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-412-812**

**Effective Date of Registration:**
June 16, 2016

## Title _____

|  |  |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | May 2016 |

## Completion/Publication _____

|  |  |
|---|---|
| **Publication Date of First Issue:** | May 02, 2016 |
| **Publication Date of Last Issue:** | May 31, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author _____

|  |  |
|---|---|
| • **Author:** | Energy Intelligence Group(UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group(UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London W1J 7AJ United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification _____

|  |  |
|---|---|
| **Name:** | Deborah A. Brown |



Registration #:    TX0008412812
Service Request #:    1-4339399777

Energy Intelligence Group
Ms. Deborah A. Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Tengle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-285-267**

**Effective Date of Registration:**
August 26, 2016

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | June 2016 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | June 01, 2016 |
| **Publication Date of Last Issue:** | June 30, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London W1J 7AJ United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-285-267**
Effective Date of Registration:
August 26, 2016

## Title

| | |
|---|---|
| Title of Work: | OIL DAILY |
| City/State: | New York, NY |
| Month/Year: | June 2016 |

## Completion/Publication

| | |
|---|---|
| Publication Date of First Issue: | June 01, 2016 |
| Publication Date of Last Issue: | June 30, 2016 |
| Nation of 1ˢᵗ Publication: | United States |
| Number of Issues in this Group: | 22 |

## Author

| | |
|---|---|
| • Author: | Energy Intelligence Group (UK) Limited |
| Author Created: | Editing, text |
| Work made for hire: | Yes |
| • Author: | Energy Intelligence Group, Inc. |
| Author Created: | Editing, text |
| Work made for hire: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London W1J 7AJ United Kingdom |
| Copyright Claimant: | Energy Intelligence Group, Inc.<br>5 East 37th Street 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| Name: | Deborah A. Brown |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-330-442

**Effective Date of Registration:**
August 16, 2016

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | July 2016 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | July 01, 2016 |
| **Publication Date of Last Issue:** | July 30, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

| | |
|---|---|
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:** TX0008330442
**Service Request #:** 1-3956359982

Energy Intelligence Group
Attn: Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016--0601

*0000TX00083304420201*

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Tugle Clayfelt*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-315-318

**Effective Date of Registration:**
October 18, 2016

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | August 2016 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | August 01, 2016 |
| **Publication Date of Last Issue:** | August 31, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 23 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 270 Madison Avenue, Suite 302, New York, NY, 10016-0601 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

**Registration #:**   TX0008315318
**Service Request #:**   1-4117464344

Energy Intelligence Group
Attn: Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0601

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leigh Clappett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-334-804**
**Effective Date of Registration:**
October 18, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | September 2016 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | September 01, 2016 |
| **Publication Date of Last Issue:** | September 30, 2016 |
| **Nation of 1ˢᵗ Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 270 Madison Avenue, Suite 302, New York,, NY, 1001 6-0601 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

*0000TX000083348040202*

**Registration #:**   TX0008334804
**Service Request #:**   1-4100726236

Energy Intelligence Group
Attn: Ms. Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0601

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Lyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-397-635**
**Effective Date of Registration:**
January 10, 2017

---

### Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | October 2016 |

### Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | October 03, 2016 |
| **Publication Date of Last Issue:** | October 31, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

### Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimaut:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>270 Madison Avenue, Suite 302, New York, NY 10016-0601 |

### Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

---

| | |
|---|---|
| **Correspondence:** | Yes |



**Registration #:**   TX0008397635
**Service Request #:**   1-4339922605

Energy Intelligence Group
Deborah Brown
270 Madison Avenue
Suite 302
New York, NY 10016-0601

*0000TX0008397635502 01*

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Tugh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-397-583**
**Effective Date of Registration:**
January 10, 2017

## Title ──────────────────────────

**Title of Work:** OIL DAILY

**City/State:** New York, NY
**Month/Year:** November 2016

## Completion/Publication ──────────────

**Publication Date of First Issue:** November 01, 2016
**Publication Date of Last Issue:** November 30, 2016
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 23

## Author ──────────────────────────

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

## Copyright Claimant ──────────────────

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ  United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue, Suite 302, New York, NY  10016-0601

## Certification ──────────────────────

**Name:** Deborah A. Brown

**Correspondence:** Yes



**Registration #:**   TX0008397583
**Service Request #:**   1-4340668123

Energy Intelligence Group, Inc.
Deborah A. Brown
270 Madison Avenue
Suite 302
New York, NY 10016-0601

*0000TX00083975830201*

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-397-541
**Effective Date of Registration:**
January 10, 2017

---

### Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | December 2016 |

### Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | December 01, 2016 |
| **Publication Date of Last Issue:** | December 30, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

### Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>270 Madison Avenue, Suite 302, New York, NY  10016-0601 |

### Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

---

| | |
|---|---|
| **Correspondence:** | Yes |

*00001TX0008397541 0202*

**Registration #:**   TX0008397541
**Service Request #:**   1-4339923098

Energy Intelligence Group, Inc.
Deborah Brown
270 Madison Avenue
Suite 302
New York, NY 10016-0601

*0000TX0008397S4 10201*

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-360-266

**Effective Date of Registration:**
March 09, 2017

## Title _____

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | January 2017 |

## Completion/Publication _____

| | |
|---|---|
| **Publication Date of First Issue:** | January 03, 2017 |
| **Publication Date of Last Issue:** | January 31, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author _____

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, text
  **Work made for hire:** Yes

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London W1J 7AJ United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.
270 Madison Avenue, Suite 302, New York, NY, 10016-0601 |

## Certification _____

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**   TX0008360266
**Service Request #:**   1-4689910295

Energy Intelligence Group
Attn: Ms. Deborah B. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0601

Energy Intelligence Group, Inc.
Deborah Brown
270 Madison Avenue
Suite 302
New York,, NY 10016-0601

*0000TX0008360266020 1*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kagn Tyle Clagett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-380-664**

**Effective Date of Registration:**
March 09, 2017

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | February 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | February 01, 2017 |
| **Publication Date of Last Issue:** | February 28, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London W1J 7AJ United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>270 Madison Avenue, Suite 302, New York, NY, 10016-0601 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

Page 1 of 1

*0000TX000838060640202*

**Registration #:**  TX0008380664
**Service Request #:**  1-4750092416

Energy Intelligence Group
Attn: Ms. Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0601

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number

## TX 8-440-678

Effective Date of Registration:
June 29, 2017

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | March 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | March 01, 2017 |
| **Publication Date of Last Issue:** | March 31, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 23 |

## Author

- **Author:** Energy Intelligence Gronp (UK) Limited
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue, Suite 302, New York, NY, 10016-0601

## Certification

**Name:** Deborah A. Brown

Page 1 of 1

*0000TX0008440678020*

Registration #:   TX0008440678
Service Request #:   1-5635096567

Energy Intelligence Group
Attn: Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0602

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayla Leigh Claggett*

Acting United States Register of Copyrights and Director

Registration Number
**TX 8-481-672**
Effective Date of Registration:
June 29, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | April 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | April 03, 2017 |
| **Publication Date of Last Issue:** | April 28, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 19 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** editing, compilation, text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** editing, compilation, text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue Suite 302, New York, NY, 10016

## Certification

**Name:** Deborah A. Brown



**Registration #:**   TX0008481672
**Service Request #:**   1-5769085216

Energy Intelligence Group, Inc.
Deborah A. Brown
270 Madison Avenue Suite 302
New York, NY 10016



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-483-753**
**Effective Date of Registration:**
June 29, 2017

---

## Title _____

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | May 2017 |

## Completion/Publication _____

| | |
|---|---|
| **Publication Date of First Issue:** | May 01, 2017 |
| **Publication Date of Last Issue:** | May 31, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author _____

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

## Copyright Claimant _____

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue Suite 302, New York, NY, 10016-0601

## Certification _____

**Name:** Deborah A. Brown



**Registration #:**   TX0008483753
**Service Request #:**   1-5769050921

Energy Intelligence Group, Inc.
Deborah A. Brown
270 Madison Avenue Suite 302
New York, NY 10016-0601

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-432-555

**Effective Date of Registration:**
June 29, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, Ny |
| **Month/Year:** | June 2017 |
| **Edition:** | 67 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | June 01, 2017 |
| **Publication Date of Last Issue:** | June 30, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>270 Madison Avenue Suite 302, New York, NY, 10016-0601 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

Page 1 of 1



**Registration #:**  TX0008432555
**Service Request #:**  1-5768367759

Energy Intelligence Group
Attn: Deborah A. Brown
270 Madison Avenue Suite 302
NY, NY 10016-0601



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-481-877

**Effective Date of Registration:**
August 07, 2017

---

## Title _____

**Title of Work:** OIL DAILY

**City/State:** United States
**Month/Year:** July 2017

## Completion/Publication _____

**Publication Date of First Issue:** July 03, 2017
**Publication Date of Last Issue:** July 31, 2017
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 21

## Author _____

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant _____

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue Suite 302, New York, NY, 10016-0601

## Certification _____

**Name:** Deborah A. Brown



**Registration #:**  TX0008481877
**Service Request #:**  1-5768717993

Energy Intelligence Group, Inc.
Deborah A. Brown
270 Madison Avenue Suite 302
New York, NY 10016-0601

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*KaynLoyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-482-019
**Effective Date of Registration:**
October 10, 2017

## Title _____

**Title of Work:** Oil Daily

**City/State:** New York, NY
**Month/Year:** August 2017

## Completion/Publication _____

**Publication Date of First Issue:** August 01, 2017
**Publication Date of Last Issue:** August 31, 2017
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 23

## Author _____

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc
  **Author Created:** Editing, Text
  **Work made for hire:** Yes

## Copyright Claimant _____

**Copyright Claimant:** Energy Intelligence Group (UK)
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue, Suite 302, New York, NY, 10016-0601

## Certification _____

**Name:** Deborah A. Brown



Registration #:   TX0008482019
Service Request #:   1-5971587840

Energy Intelligence Group
Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0602

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayın Toyle Wayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-482-009

**Effective Date of Registration:**
October 10, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | September 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | September 01, 2017 |
| **Publication Date of Last Issue:** | September 29, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** editing, compilation, text
  **Work made for hire:** Yes

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>270 Madison Avenue, Suite 302, New York, NY, 10016-0601 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**  TX0008482009
**Service Request #:**  1-5971587921

Energy Intelligence Group
Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0602

*0000TX000048200090201*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-500-612

**Effective Date of Registration:**
November 21, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | October 2017 |
| **Edition:** | 67 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | October 02, 2017 |
| **Publication Date of Last Issue:** | October 31, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 270 Madison Avenue Suite 302, New York, NY, 10016-0601 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



**Registration #:**   TX0008500612
**Service Request #:**   1-6051735854

Energy Intelligence Group, Inc.
270 Madison Avenue Suite 302
New York, NY 10016-0601



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-532-290
**Effective Date of Registration:**
January 24, 2018

---

## Title

**Title of Work:** OIL DAILY

**City/State:** New York, NY
**Month/Year:** November 2017

## Completion/Publication

**Publication Date of First Issue:** November 01, 2017
**Publication Date of Last Issue:** November 30, 2017
**Nation of 1ˢᵗ Publication:** United States
**Number of Issues in this Group:** 22

## Author

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue, Suite 302, New York, NY, 10016-0601

## Certification

**Name:** Deborah A. Brown

**Registration #:**   TX0008532290
**Service Request #:**   1-6248957971

Energy Intelligence Group
Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0602

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



*Kay A. Tesh*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-705-551

**Effective Date of Registration:**
January 19, 2018

---

## Copyright Registration for a Group of Newsletter Issues
Registration issued pursuant to 37 C.F.R. § 202.4(f)

### Title _____

|  |  |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | December 2017 |

### Completion/Publication _____

|  |  |
|---|---|
| **Publication Date of First Issue:** | December 01, 2017 |
| **Publication Date of Last Issue:** | December 29, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

### Author _____

|  |  |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |

### Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
|  | Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
|  | 270 Madison Avenue, Suite 302, New York, NY, 10016-0601 |

### Certification _____

**Name:**   Deborah A. Brown

Registration #:   TX0008705551
Service Request #:   1-6245742349



Energy Intelligence Group
Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0602

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tisle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-686-686

**Effective Date of Registration:**
February 05, 2018

## Copyright Registration for a Group of Newsletter Issues
Registration issued pursuant to 37 C.F.R. § 202.4(f)

### Title _____

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 68] |
| **City/State:** | New York, NY |
| **Month/Year:** | January 2018 |

### Completion/Publication _____

| | |
|---|---|
| **Publication Date of First Issue:** | January 01, 2018 |
| **Publication Date of Last Issue:** | January 31, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

### Author _____

| | |
|---|---|
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 270 Madison Avenue Suite 302, New York, NY  10016-0601 |
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor 7 Down Street, London  W1J 7AJ  United Kingdom |

### Certification _____

Page 1 of 2

**Name:** Deborah A. Brown

Registration #:  TX0008686686
Service Request #:  1-6279126596



Energy Intelligence Group
Attn: Ms. Deborah A. Brown
270 Madison Avenue
Suite 302
New York, NY 10016-0601

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple* (signature)

Acting United States Register of Copyrights and Director



**Registration Number**

## TX 8-686-594

**Effective Date of Registration:**
March 14, 2018

---

## Copyright Registration for a Group of Newsletter Issues
Registration issued pursuant to 37 C.F.R. § 202.4(f)

### Title _____

**Title of Work:** OIL DAILY  -  [Edition: 68]

**City/State:** New York, NY
**Month/Year:** February 2018

### Completion/Publication _____

**Publication Date of First Issue:** February 01, 2018
**Publication Date of Last Issue:** February 28, 2018
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 20

### Author _____

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

### Copyright Claimant _____

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London  W1J 7AJ  United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue, Suite 302, New York, NY  10016-0601

### Certification _____

**Name:**   Deborah A. Brown

Registration #:   TX0008686594
Service Request #:   1-7093437137



Energy Intelligence Group
Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0601

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-686-782
**Effective Date of Registration:**
April 09, 2018

---

## Copyright Registration for a Group of Newsletter Issues
Registration issued pursuant to 37 C.F.R. § 202.4(f)

### Title _____

|  |  |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 68] |
| **City/State:** | New York, NY |
| **Month/Year:** | March 2018 |

### Completion/Publication _____

|  |  |
|---|---|
| **Publication Date of First Issue:** | March 01, 2018 |
| **Publication Date of Last Issue:** | March 29, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

### Author _____

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Compilation & Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Compilation & Text
  **Work made for hire:** Yes

### Copyright Claimant _____

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London  W1J 7AJ  United Kingdom

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue, Suite 302, New York, NY  10016-0601

### Certification _____

**Name:**   Deborah A. Brown

**Registration #:**   TX0008686782
**Service Request #:**   1-7367092806



Energy Intelligence Group
Deborah A. Brown
270 Madison Avenue
Suite 302
New York, NY 10016-0601

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kery H. Easle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-686-656

**Effective Date of Registration:**
May 14, 2018

## Copyright Registration for a Group of Newsletter Issues
Registration issued pursuant to 37 C.F.R. § 202.4(f)

### Title _____

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 68] |
| **City/State:** | New York, NY |
| **Month/Year:** | April 2018 |

### Completion/Publication _____

| | |
|---|---|
| **Publication Date of First Issue:** | April 02, 2018 |
| **Publication Date of Last Issue:** | April 30, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

### Author _____

| | |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited |
| | Interpark House 3rd Floor, 7 Down Street, London  W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 270 Madison Avenue, Suite 302, New York, NY  10016-0601 |

### Certification _____

**Name:**   Beborah A. Brown

---

**Correspondence:**   Yes

Registration #:   TX0008686656
Service Request #:   1-6650877699



Energy Intelligence Group
Attn: Ms. Deborah A Brown
270 Madison Avenue, Suite 302
New York, NY 10016 0602

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-587-433

**Effective Date of Registration:**
June 08, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | Oil Daily |
| **City/State:** | New York, NY |
| **Month/Year:** | May 2018 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | May 01, 2018 |
| **Publication Date of Last Issue:** | May 31, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

## Author

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing & Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing & Text |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>270 Madison Avenue, Suite 302, New York, NY, 10016-0601 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-686-674**

**Effective Date of Registration:**
August 14, 2018

---

## Copyright Registration for a Group of Newsletter Issues
Registration issued pursuant to 37 C.F.R. § 202.4(f)

### Title _____

| | |
|---|---|
| **Title of Work:** | OIL DAILY  -  [Edition: 68] |
| **City/State:** | New York, NY |
| **Month/Year:** | July 2018 |

### Completion/Publication _____

| | |
|---|---|
| **Publication Date of First Issue:** | July 02, 2018 |
| **Publication Date of Last Issue:** | July 31, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 22 |

### Author _____

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** Editing, Compilation, Text
  **Work made for hire:** Yes

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London  W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>270 Madison Avenue Suite 302, New York, NY  10016-0601 |

### Certification _____

**Name:**   Deborah A. Brown

Registration #:    TX0008686674
Service Request #:    1-7093499419



Energy Intelligence Group
Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0602

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Legle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-686-742

**Effective Date of Registration:**
September 21, 2018

---

## Copyright Registration for a Group of Newsletter Issues
Registration issued pursuant to 37 C.F.R. § 202.4(f)

### Title _____

|  |  |
|---|---|
| **Title of Work:** | Oil Daily  -  [Edition: 68] |
| **City/State:** | New York, NY |
| **Month/Year:** | August 2018 |

### Completion/Publication _____

|  |  |
|---|---|
| **Publication Date of First Issue:** | August 01, 2018 |
| **Publication Date of Last Issue:** | August 31, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 23 |

### Author _____

|  |  |
|---|---|
| **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |

### Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Steet, London  W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>270 Madison Avenue, Suite 302, New York, NY  10016-0601 |

### Certification _____

**Name:**   Deborah A. Brown

Registration #:   TX0008686742
Service Request #:   1-7092658245



Energy Intelligence Group
Deborah A. Brown
270 Madison Avenue, Suite 302
New York, NY 10016-0602

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tugle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-699-215

**Effective Date of Registration:**
March 01, 2019

## Copyright Registration for a Group of Newsletter Issues
Registration issued pursuant to 37 C.F.R. § 202.4(f)

## Title
─────────────────────────────────────────

**Title of Work:** Oil Daily

**Month/Year:** December 2018

## Completion/Publication
─────────────────────────────────────────

**Publication Date of First Issue:** December 03, 2018
**Publication Date of Last Issue:** December 31, 2018
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 20

## Author
─────────────────────────────────────────

- **Author:** Energy Intelligence Group, Inc.
  **Author Created:** contribution(s) by the same author and claimant, Collective work authorship
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Energy Intelligence Group (UK) Limited
  **Author Created:** contribution(s) by the same author and claimant, Collective work authorship
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant
─────────────────────────────────────────

**Copyright Claimant:** Energy Intelligence Group, Inc.
270 Madison Avenue #302, New York, NY, 10016-0611, United States

**Copyright Claimant:** Energy Intelligence Group (UK) Limited
Interpark House 3rd Floor, 7 Down Street, London, W1J 7AJ, United Kingdom

## Rights and Permissions
─────────────────────────────────────────

|  |  |
|---|---|
| **Organization Name:** | Energy Intelligence Group, Inc. |
| **Name:** | Deborah Anne Brown |
| **Email:** | dbrown@energyintel.com |
| **Telephone:** | (646)616-0824 |
| **Address:** | 270 Madison Avenue #302 |
|  | New York, NY 10016-0611 United States |

## Certification
_____

|  |  |
|---|---|
| **Name:** | Deborah A. Brown |
| **Date:** | March 01, 2019 |

_____

**Copyright Office notes:** Regarding group registration: A group of newsletter issues may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: (1) Each issue must be a newsletter, as defined in 37 C.F.R. 202.4(f); (2) the group must include at least two issues; (3) each issue must be an all-new issue or an all-new collective work that has not been previously published; (4) each issue must be fixed and distributed as a discrete, self-contained work; (5) the author and claimant for each issue must be the same person or organization; (6) all the issues must be published under the same continuing title; (7) all the issues must be published within the same calendar month and bear issue dates within that month; and (8) the applicant must identify the earliest and latest dates that the issues were published during that month.

**Registration #:**   TX0008699215
**Service Request #:**   1-7462069382

Energy Intelligence Group, Inc.
Deborah A. Brown
270 Madison Avenue #302
New York, NY 10016-0611 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-722-859**

**Effective Date of Registration:**
December 04, 2018

## Copyright Registration for a Group of Newsletter Issues
Registration issued pursuant to 37 C.F.R. § 202.4(f)

## Title _____

| | |
|---|---|
| **Title of Work:** | OIL DAILY |
| **City/State:** | New York, NY |
| **Month/Year:** | June 2018 |

## Completion/Publication _____

| | |
|---|---|
| **Publication Date of First Issue:** | June 01, 2018 |
| **Publication Date of Last Issue:** | June 29, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author _____

| | |
|---|---|
| • **Author:** | Energy Intelligence Group (UK) Limited |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |
| • **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Editing, Compilation, Text |
| **Work made for hire:** | Yes |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group (UK) Limited<br>Interpark House 3rd Floor, 7 Down Street, London  W1J 7AJ  United Kingdom |
| **Copyright Claimant:** | Energy Intelligence Group, Inc.<br>270 Madison Avenue Suite 302, New York, NY  10016-0601 |

## Certification _____

**Name:**   Deborah A. Brown

---

**Correspondence:**   Yes

**Registration #:**   TX0008722859
**Service Request #:**   1-7589303180



Energy Intelligence Group
Deborah A. Brown
270 Madison Avenue Suite 302
New York, NY 10016-0602