# Exhibit E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-679-301**

EFFECTIVE DATE OF REGISTRATION

*10 01 08*

APPLICATION RECEIVED
OCT 0 1 2008

ONE DEPOSIT RECEIVED
OCT 0 1 2008

EXAMINED BY ☐ CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

| | TITLE▼ Natural Gas Week | | | ISSN▼ 8756-3037 | |
|---|---|---|---|---|---|
| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ | |
| 1. | 24 | 31 | August 4, 2008 | August 4, 2008 | |
| 2. | 24 | 32 | August 11, 2008 | August 11, 2008 | |
| 3. | 24 | 33 | August 18, 2008 | August 18, 2008 | |
| 4. | 24 | 34 | August 25, 2008 | August 25, 2008 | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*          Typed or printed name Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name Deborah A. Brown          Daytime telephone 646-616-0824
Address (if other than given below)

Fax 212-532-4479          Email dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | Name▼ Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor |
| | City/State/ZIP▼ New York, NY 10016-2807 |

DEPOSIT ACCOUNT
Account number DA083550
Name of account
Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-678-883**

EFFECTIVE DATE OF REGISTRATION

**OCT 22 2008**

APPLICATION RECEIVED
**OCT 22 2008**

ONE DEPOSIT RECEIVED
**OCT 22 2008**

EXAMINED BY □ CORRESPONDENCE □

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

**No previous registration under identical title** □

**TITLE ▼**  Natural Gas Week

**ISSN ▼**  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 35 | September 1, 2008 | September 1, 2008 |
| 2. | 24 | 36 | September 8, 2008 | September 8, 2008 |
| 3. | 24 | 37 | September 15, 2008 | September 15, 2008 |
| 4. | 24 | 38 | September 22, 2008 | September 22, 2008 |
| 5. | 24 | 39 | September 29, 2008 | September 29, 2008 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name  Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown      Daytime telephone  646-616-0824

Address (if other than given below)

Fax  212-532-4479      Email  dbrown@energyintel.com

---

| **Certificate will be mailed in window envelope to this address:** | Name ▼ Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼ New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-682-028

**EFFECTIVE DATE OF REGISTRATION**

NOV 25 2008

APPLICATION RECEIVED
NOV 25 2008

ONE DEPOSIT RECEIVED
NOV 25 2008

EXAMINED BY       CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1.

**List in order of publication**

No previous registration under identical title

**TITLE ▼**  Natural Gas Week

**ISSN ▼**  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 40 | October 6, 2008 | October 6, 2008 |
| 2. | 24 | 41 | October 13, 2008 | October 13, 2008 |
| 3. | 24 | 42 | October 20, 2008 | October 20, 2008 |
| 4. | 24 | 43 | October 27, 2008 | October 27, 2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼       Domicile ▼       Nation of publication ▼

---

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*       Typed or printed name   Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown       Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479       Email   dbrown@energyintel.com

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account

Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGIS  **TX 6-682-711**

EFFECTIVE DATE OF REGISTRATION

**JAN 15 2009**

APPLICATION RECEIVED
**JAN 15 2009**

ONE DEPOSIT RECEIVED
**JAN 15 2009**

EXAMINED BY ____  CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

List in order of publication

No previous registration under identical title ☐

TITLE ▼   Natural Gas Week

ISSN ▼   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 44 | November 3, 2008 | November 3, 2008 |
| 2. | 24 | 45 | November 10, 2008 | November 10, 2008 |
| 3. | 24 | 46 | November 17, 2008 | November 17, 2008 |
| 4. | 24 | 47 | November 24, 2008 | November 24, 2008 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:  Author's citizenship ▼        Domicile ▼        Nation of publication ▼

---

CERTIFICATION*:  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown                      Daytime telephone   646-616-0824
Address (if other than given below) ____

Fax   212-532-4479        Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼   Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼   5 East 37th Street, 5th Floor
City/State/ZIP ▼   New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550
Name of account ____

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-682-712**

*TX6006682712H*

EFFECTIVE DATE OF REGISTRATION

**JAN 15 2009**

APPLICATION RECEIVED
JAN 15 2009
ONE DEPOSIT RECEIVED
JAN 15 2009

EXAMINED BY _____   CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

TITLE ▼   Natural Gas Week

ISSN ▼   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 24 | 48 | December 1, 2008 | December 1, 2008 |
| 2. | 24 | 49 | December 8, 2008 | December 8, 2008 |
| 3. | 24 | 50 | December 15, 2008 | December 15, 2008 |
| 4. | 24 | 51 | December 22, 2008 | December 22, 2008 |
| 5. | 24 | 52 | December 29, 2008 | December 29, 2008 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*        Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown        Daytime telephone   646-616-0824
Address (if other than given below)

Fax   212-532-4479        Email   dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼<br>5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼<br>New York, NY 10016-2807 |

DEPOSIT ACCOUNT
Account number   DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-684-566**

*TX0006684566*

EFFECTIVE DATE OF REGISTRATION

02   24   09

APPLICATION RECEIVED
FEB 2 4 2009

ONE DEPOSIT RECEIVED
FEB 2 4 2009

EXAMINED BY _mc_          CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

**No previous registration under identical title** ☐

TITLE ▼

Natural Gas Week

ISSN ▼ 8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 1 | January 5, 2009 | January 5, 2009 |
| 2. | 25 | 2 | January 12, 2009 | January 12, 2009 |
| 3. | 25 | 3 | January 19, 2009 | January 19, 2009 |
| 4. | 25 | 4 | January 26, 2009 | January 26, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼         Domicile ▼         Nation of publication ▼

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown          Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550

Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

SR 1-448247665

**C** **Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-769-898**

*4TX6096769B964*

**EFFECTIVE DATE OF REGISTRATION**

03   11   09

**APPLICATION RECEIVED**
MAR 11 2009

**ONE DEPOSIT RECEIVED**
MAR 11 2009

**EXAMINED BY** _____   **CORRESPONDENCE** ☐

**DO NOT WRITE ABOVE THIS LINE.**

---

**1**

**List in order of publication**

No previous registration under identical title

**TITLE ▼**
Natural Gas Week

**ISSN▼**
8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 5 | February 2, 2009 | February 2, 2009 |
| 2. | 25 | 6 | February 9, 2009 | February 9, 2009 |
| 3. | 25 | 7 | February 16, 2009 | February 16, 2009 |
| 4. | 25 | 8 | February 23, 2009 | February 23, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS: Author's citizenship ▼**   **Domicile ▼**   **Nation of publication ▼**

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*   Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown   Daytime telephone   646-616-0824
Address (if other than given below)
Fax   212-532-4479   Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

**Name▼**
Energy Intelligence Group/ Attn: Deborah A. Brown
**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor
**City/State/ZIP▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper   U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6—688—108**

EFFECTIVE DATE OF REGISTRATION

MAY 14 2009

APPLICATION RECEIVED

MAY 14 2009

ONE DEPOSIT RECEIVED

MAY 14 2009

EXAMINED BY _mc_                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

**No previous registration under identical title** ☐

**TITLE ▼**     Natural Gas Week

**ISSN ▼** 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 9 | March 2, 2009 | March 2, 2009 |
| 2. | 25 | 10 | March 9, 2009 | March 9, 2009 |
| 3. | 25 | 11 | March 16, 2009 | March 16, 2009 |
| 4. | 25 | 12 | March 23, 2009 | March 23, 2009 |
| 5. | 25 | 13 | March 30, 2009 | March 30, 2009 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Deborah A Brown_

Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown            Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479            Email   dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | **Name ▼** Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor |
| | **City/State/ZIP ▼** New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE
TX 6-688-109
*TX000006881097*

EFFECTIVE DATE OF REGISTRATION
MAY 1 4 2009

APPLICATION RECEIVED
MAY 1 4 2009

ONE DEPOSIT RECEIVED
MAY 1 4 2009

EXAMINED BY        CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1
List in order of publication

No previous registration under identical title ☐

TITLE ▼  Natural Gas Week                    ISSN ▼  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 14 | April 6, 2009 | April 6, 2009 |
| 2. | 25 | 15 | April 13, 2009 | April 13, 2009 |
| 3. | 25 | 16 | April 20, 2009 | April 20, 2009 |
| 4. | 25 | 17 | April 27, 2009 | April 27, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2
NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:  Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A. Brown*          Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown                    Daytime telephone   646-616-0824
Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address: | Name ▼  Energy Intelligence Group/ Attn: Deborah A. Brown | DEPOSIT ACCOUNT  Account number  DA083550 |
|---|---|---|
| | Number/Street/Apt ▼  5 East 37th Street, 5th Floor | Name of account |
| | City/State/ZIP ▼  New York, NY 10016-2807 | Energy Intelligence Group  MAIL TO:  Library of Congress  Copyright Office  101 Independence Avenue, S.E.  Washington, D.C. 20559-6000 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6–701–336

**EFFECTIVE DATE OF REGISTRATION**
JUL 0 9 2009

**APPLICATION RECEIVED**
JUL 0 9 2009

**ONE DEPOSIT RECEIVED**
JUL 0 9 2009

**EXAMINED BY**      **CORRESPONDENCE** ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**   Natural Gas Week

**ISSN ▼**   8756-303 /

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 18 | May 4, 2009 | May 4, 2009 |
| 2. | 25 | 19 | May 11, 2009 | May 11, 2009 |
| 3. | 25 | 20 | May 18, 2009 | May 18, 2009 |
| 4. | 25 | 21 | May 25, 2009 | May 25, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*      Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown         Daytime telephone   646-616-0824
Address (if other than given below)
Fax   212-532-4479         Email   dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | Name ▼   Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼   5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼   New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account

MAIL TO
Energy Intelligence Group
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RI   **TX 6−701−326**



EFFECTIVE DATE OF REGISTRATION

**JUL 09 2009**

APPLICATION RECEIVED
**JUL 09 2009**
ONE DEPOSIT RECEIVED
**JUL 09 2009**
EXAMINED BY                    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

| | TITLE ▼ | | | ISSN ▼ |
|---|---|---|---|---|
| | Natural Gas Week | | | 8756-3037 |
| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
| 1. | 25 | 22 | June 1, 2009 | June 1, 2009 |
| 2. | 25 | 23 | June 8, 2009 | June 8, 2009 |
| 3. | 25 | 24 | June 15, 2009 | June 15, 2009 |
| 4. | 25 | 25 | June 22, 2009 | June 22, 2009 |
| 5. | 25 | 26 | June 29, 2009 | June 29, 2009 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

---

**CERTIFICATION\*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*        Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown                    Daytime telephone   646-616-0824
Address (if other than given below)
Fax   212-532-4479                         Email   dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address: | Name ▼ Energy Intelligence Group/ Attn: Deborah A. Brown | DEPOSIT ACCOUNT Account number DA083550 Name of account |
|---|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor | Energy Intelligence Group |
| | City/State/ZIP ▼ New York, NY 10016-2807 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REG   **TX 6-684-720**

EFFECTIVE DATE OF REGISTRATION

09   14   09

APPLICATION RECEIVED
9-14-09

ONE DEPOSIT RECEIVED
SEP 14, 2009

EXAMINED BY   CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**

**List in order of publication**

No previous registration under identical title ☐

TITLE ▼

Natural Gas Week

ISSN ▼   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 27 | July 6, 2009 | July 6, 2009 |
| 2. | 25 | 28 | July 13, 2009 | July 13, 2009 |
| 3. | 25 | 29 | July 20, 2009 | July 20, 2009 |
| 4. | 25 | 30 | July 27, 2009 | July 27, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2**

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)   *Deborah A Brown*

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown                          Daytime telephone   646-616-0824
Address (if other than given below)

Fax   212-532-4479                          Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

Name ▼   Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼   5 East 37th Street, 5th Floor

City/State/ZIP ▼   New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550
Name of account

MAIL TO
Energy Intelligence Group
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-684-728**

EFFECTIVE DATE OF REGISTRATION

09   14   09

APPLICATION RECEIVED
9.14.09

ONE DEPOSIT RECEIVED
SEP 14, 2009

EXAMINED BY          CORRESPONDENCE ☐
*mc*

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

TITLE ▼          ISSN ▼

Natural Gas Week          8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 31 | August 3, 2009 | August 3, 2009 |
| 2. | 25 | 32 | August 10, 2009 | August 10, 2009 |
| 3. | 25 | 33 | August 17, 2009 | August 17, 2009 |
| 4. | 25 | 34 | August 24, 2009 | August 24, 2009 |
| 5. | 25 | 35 | August 31, 2009 | August 31, 2009 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:  Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*:   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten
signature (X)   *Deborah A Brown*          Typed or
printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown          Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-769-308**

*TX0006769308*

EFFECTIVE DATE OF REGISTRATION

**NOV 13 2009**

APPLICATION RECEIVED
NOV 13 2009

ONE DEPOSIT RECEIVED
NOV 13 2009

EXAMINED BY ☐    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

See previous registrations under identical title

**TITLE ▼**

Natural Gas Week

ISSN ▼  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 36 | September  7, 2009 | September  7, 2009 |
| 2. | 25 | 37 | September 14, 2009 | September 14, 2009 |
| 3. | 25 | 38 | September 21, 2009 | September 21, 2009 |
| 4. | 25 | 39 | September 28, 2009 | September 28, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*     Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown          Daytime telephone   646-616-0824

Address (if other than given below) _____

Fax   212-532-4479          Email   dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

**Name ▼**
Energy Intelligence Group/ Attn: Deborah A. Brown

**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor

**City/State/ZIP ▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550

Name of account ▼
Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form SE/Group**

UNITED STATES COPYRIGHT OFFICE

**TX 6-769-307**

*TX006769307*

**EFFECTIVE DATE OF REGISTRATION**

NOV 13 2009

**APPLICATION RECEIVED**
NOV 13 2009

**ONE DEPOSIT RECEIVED**
NOV 13 2009

EXAMINED BY _mc_

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

*A previous registration under the identical title* ☐

**TITLE ▼**
Natural Gas Week

**ISSN▼**
8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1 | 25 | 40 | October 5, 2009 | October 5, 2009 |
| 2 | 25 | 41 | October 12, 2009 | October 12, 2009 |
| 3 | 25 | 42 | October 19, 2009 | October 19, 2009 |
| 4 | 25 | 43 | October 26, 2009 | October 26, 2009 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Deborah A. Brown_     Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown     Daytime telephone  646-616-0824

Address (if other than given below) _____

Fax  212-532-4479     Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account _____

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Energy Intelligence Group

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000  Web Rev: July 2002  Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-778-050**

**EFFECTIVE DATE OF REGISTRATION**

JAN 11 2010

APPLICATION RECEIVED
JAN 11 2010

ONE DEPOSIT RECEIVED
JAN 11 2010

EXAMINED BY          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

**1**
List in order of publication

No previous registration under identical title ☐

**TITLE ▼**
Natural Gas Week

**ISSN ▼**
8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 44 | November 2, 2009 | November 2, 2009 |
| 2. | 25 | 45 | November 9, 2009 | November 9, 2009 |
| 3. | 25 | 46 | November 16, 2009 | November 16, 2009 |
| 4. | 25 | 47 | November 23, 2009 | November 23, 2009 |
| 5. | 25 | 48 | November 30, 2009 | November 30, 2009 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

**2**

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A. Brown*          Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown          Daytime telephone  646-616-0824
Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address: | **Name ▼** Energy Intelligence Group/ Attn: Deborah A. Brown | **DEPOSIT ACCOUNT** Account number  DA083550 |
|---|---|---|
| | **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor | Name of account |
| | **City/State/ZIP ▼** New York, NY 10016-2807 | Energy Intelligence Group |

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-778-038



EFFECTIVE DATE OF REGISTRATION

**JAN 11 2010**

APPLICATION RECEIVED
**JAN 11 2010**

ONE DEPOSIT RECEIVED
**JAN 11 2010**

EXAMINED BY | CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼** Natural Gas Week                **ISSN ▼** 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 25 | 49 | December 7, 2009 | December 7, 2009 |
| 2. | 25 | 50 | December 14, 2009 | December 14, 2009 |
| 3. | 25 | 51 | December 21, 2009 | December 21, 2009 |
| 4. | 25 | 52 | December 28, 2009 | December 28, 2009 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼         Domicile ▼         Nation of publication ▼

---

**CERTIFICATION*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*         Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown                Daytime telephone  646-616-0824
Address (if other than given below)

Fax  212-532-4479                Email  dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address: | **Name ▼** Energy Intelligence Group/ Attn: Deborah A. Brown |
| | **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor |
| | **City/State/ZIP ▼** New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev. July 2002   Printed on recycled paper         U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

*1.771011700)*



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGIS   **TX 6-716-600**

*TX0006716600*

**EFFECTIVE DATE OF REGISTRATION**

**MAR 09 2010**

**APPLICATION RECEIVED**
**MAR 09 2010**

**ONE DEPOSIT RECEIVED**
**MAR 09 2010**

EXAMINED BY   *mc*   CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

**No previous registration under identical title** ☐

**TITLE ▼**   Natural Gas Week

**ISSN ▼**   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 1 | January 4, 2010 | January 4, 2010 |
| 2. | 26 | 2 | January 11, 2010 | January 11, 2010 |
| 3. | 26 | 3 | January 18, 2010 | January 18, 2010 |
| 4. | 26 | 4 | January 25, 2010 | January 25, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

---

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*          Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown          Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address: | DEPOSIT ACCOUNT |
|---|---|
| **Name ▼**  Energy Intelligence Group/ Attn: Deborah A. Brown | Account number   DA083550 |
| **Number/Street/Apt ▼**  5 East 37th Street, 5th Floor | Name of account |
| **City/State/ZIP ▼**  New York, NY 10016-2807 | Energy Intelligence Group   MAIL TO Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-716-590**

**EFFECTIVE DATE OF REGISTRATION**

MAR 09 2010

**APPLICATION RECEIVED**
MAR 09 2010
**ONE DEPOSIT RECEIVED**
MAR 09 2010
**EXAMINED BY**                **CORRESPONDENCE** ☐

---

DO NOT WRITE ABOVE THIS LINE.

## 1
**List in order of publication**

No previous registration made under identical title ☐

**TITLE ▼**
Natural Gas Week

**ISSN ▼**
8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 5 | February 1, 2010 | February 1, 2010 |
| 2. | 26 | 6 | February 8, 2010 | February 8, 2010 |
| 3. | 26 | 7 | February 15, 2010 | February 15, 2010 |
| 4. | 26 | 8 | February 23, 2010 | February 22, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2
**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION\*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge.

**Handwritten signature (X)** *Deborah A. Brown*

**Typed or printed name** Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
**Name** Deborah A. Brown                          **Daytime telephone** 646-616-0824
**Address (if other than given below)**

**Fax** 212-532-4479                          **Email** dbrown@energyintel.com

---

**Certificate will be mailed in window envelope to this address:**

**Name ▼**
Energy Intelligence Group/ Attn: Deborah A. Brown
**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor
**City/State/ZIP ▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number DA083550
Name of account

Energy Intelligence Group

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000  Web Rev. July 2002  Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-781-009

*TX0006781009*

EFFECTIVE DATE OF REGISTRATION

MAY 10 2010

APPLICATION RECEIVED

MAY 10 2010

ONE DEPOSIT RECEIVED

MAY 10 2010

EXAMINED BY                    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

| | TITLE ▼ | | | ISSN ▼ |
|---|---|---|---|---|
| | Natural Gas Week | | | 8756-3037 |
| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
| 1. | 26 | 9 | March 1, 2010 | March 1, 2010 |
| 2. | 26 | 10 | March 8, 2010 | March 8, 2010 |
| 3. | 26 | 11 | March 15, 2010 | March 15, 2010 |
| 4. | 26 | 12 | March 22, 2010 | March 22, 2010 |
| 5. | 26 | 13 | March 29, 2010 | March 29, 2010 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*          Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown          Daytime telephone   646-616-0824
Address (if other than given below)
Fax   212-532-4479          Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account
Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marîa A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-776-728**

EFFECTIVE DATE OF REGISTRATION

**MAY 10 2010**

APPLICATION RECEIVED **MAY 10 2010**
ONE DEPOSIT RECEIVED **MAY 10 2010**
EXAMINED BY *mc*     CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| Natural Gas Week | | | | 8756-3037 |

| Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. 26 | 14 | April 5, 2010 | April 5, 2010 |
| 2. 26 | 15 | April 12, 2010 | April 12, 2010 |
| 3. 26 | 16 | April 19, 2010 | April 19, 2010 |
| 4. 26 | 17 | April 26, 2010 | April 26, 2010 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*     Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown     Daytime telephone  646-616-0824
Address (if other than given below)
Fax  212-532-4479     Email  dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | Name ▼ Energy Intelligence Group/ Attn: Deborah A. Brown | DEPOSIT ACCOUNT Account number  DA083550 |
|---|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor | Name of account |
| | City/State/ZIP ▼ New York, NY 10016-2807 | Energy Intelligence Group MAIL TO Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-716-400**

EFFECTIVE DATE OF REGISTRATION

**JUN 11 2010**

APPLICATION RECEIVED
**JUN 11 2010**

ONE DEPOSIT RECEIVED
**JUN 11 2010**

EXAMINED BY _____   CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**   **ISSN ▼** 8756-3037

Natural Gas Week

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 18 | May  3, 2010 | May  3, 2010 |
| 2. | 26 | 19 | May 10, 2010 | May 10, 2010 |
| 3. | 26 | 20 | May 17, 2010 | May 17, 2010 |
| 4. | 26 | 21 | May 24, 2010 | May 24, 2010 |
| 5. | 26 | 22 | May 31, 2010 | May 31, 2010 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*    Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown    Daytime telephone   646-616-0824

Address (if other than given below) _____

Fax   212-532-4479    Email   dbrown@energyintel.com

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | **Name ▼** Energy Intelligence Group/ Attn: Deborah A. Brown<br><br>**Number/Street/Apt ▼** 5 East 37th Street, 5th Floor<br><br>**City/State/ZIP ▼** New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account _____

Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper
U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-608-141**

*TX0006608141*

EFFECTIVE DATE OF REGISTRATION

06   30   10

APPLICATION RECEIVED
JUNE   30   2010

ONE DEPOSIT RECEIVED
JUNE   30   2010

EXAMINED BY        CORRESPONDENCE ☐
*me*

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

TITLE ▼

Natural Gas Week

ISSN ▼ 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 23 | June 7, 2010 | June 7, 2010 |
| 2. | 26 | 24 | June 14, 2010 | June 14, 2010 |
| 3. | 26 | 25 | June 21, 2010 | June 21, 2010 |
| 4. | 26 | 26 | June 28, 2010 | June 28, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:  Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION\*:**  I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ___*Deborah A. Brown*___

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown          Daytime telephone   646-616-0824

Address (if other than given below) _____

Fax   212-532-4479          Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account _____

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-778-526**

EFFECTIVE DATE OF REGISTRATION

AUG 04 2010

APPLICATION RECEIVED
AUG 04 2010
ONE DEPOSIT RECEIVED
AUG 04 2010

EXAMINED BY *me*          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

**TITLE ▼**  Natural Gas Week          **ISSN ▼** 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 27 | July 5, 2010 | July 5, 2010 |
| 2. | 26 | 28 | July 12, 2010 | July 12, 2010 |
| 3. | 26 | 29 | July 19, 2010 | July 19, 2010 |
| 4. | 26 | 30 | July 26, 2010 | July 26, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*          Typed or printed name  Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name  Deborah A. Brown          Daytime telephone  646-616-0824

Address (if other than given below)

Fax  212-532-4479          Email  dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

**Name ▼**
Energy Intelligence Group/ Attn: Deborah A. Brown

**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor

**City/State/ZIP ▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE
**TX 6-716-398**
REGI

EFFECTIVE DATE OF REGISTRATION

10   16   10

APPLICATION RECEIVED
OCT 16 2010
ONE DEPOSIT RECEIVED
OCT 16 2010

EXAMINED BY *mc*          CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**          **ISSN ▼**  8756-3037

Natural Gas Week

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 31 | August 2, 2010 | August 2, 2010 |
| 2. | 26 | 32 | August 9, 2010 | August 9, 2010 |
| 3. | 26 | 33 | August 16, 2010 | August 16, 2010 |
| 4. | 26 | 34 | August 23, 2010 | August 23, 2010 |
| 5. | 26 | 35 | August 30, 2010 | August 30, 2010 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*          Typed or printed name  Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Deborah A. Brown          Daytime telephone  646-616-0824
Address (if other than given below) _____
Fax  212-532-4479          Email  dbrown@energyintel.com

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number  DA083550
Name of account _____

Energy Intelligence Group
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2000-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6−777−324

*TX0006777324*

EFFECTIVE DATE OF REGISTRATION

10   16   10

APPLICATION RECEIVED
OCT 16 2010

ONE DEPOSIT RECEIVED
OCT 16 2010

EXAMINED BY                    CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

**No previous registration under identical title**
☐

**TITLE ▼**          ISSN ▼

Natural Gas Week          8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 36 | September 6, 2010 | September 6, 2010 |
| 2. | 26 | 37 | September 13, 2010 | September 13, 2010 |
| 3. | 26 | 38 | September 20, 2010 | September 20, 2010 |
| 4. | 26 | 39 | September 27, 2010 | September 27, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼          Domicile ▼          Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name   Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown          Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-0000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-718-335**

**EFFECTIVE DATE OF REGISTRATION**
November 12, 2010

**APPLICATION RECEIVED** 11/12/10

**ONE DEPOSIT RECEIVED** 11/12/10

**EXAMINED BY** JM   **CORRESPONDENCE** ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ■

**TITLE ▼**
Natural Gas Week

**ISSN ▼**
8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 40 | October 4, 2010 | October 4, 2010 |
| 2. | 26 | 41 | October 11, 2010 | October 11, 2010 |
| 3. | 26 | 42 | October 18, 2010 | October 18, 2010 |
| 4. | 26 | 43 | October 25, 2010 | October 25, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼       Domicile ▼       Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*       Typed or printed name **Deborah A. Brown**

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name **Deborah A. Brown**       Daytime telephone **646-616-0824**
Address (if other than given below)

Fax **212-532-4479**       Email **dbrown@energyintel.com**

---

Certificate will be mailed in window envelope to this address:

**Name ▼**
Energy Intelligence Group/ Attn: Deborah A. Brown

**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor

**City/State/ZIP ▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number **DA083550**
Name of account
Energy Intelligence Group

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-086**

EFFECTIVE DATE OF REGISTRATION

01 - 12 - 11

APPLICATION RECEIVED
JAN 12 2011

ONE DEPOSIT RECEIVED
JAN 12 2011

EXAMINED BY     CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

TITLE ▼

Natural Gas Week

ISSN ▼  8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 44 | November 1, 2010 | November 1, 2010 |
| 2. | 26 | 45 | November 8, 2010 | November 8, 2010 |
| 3. | 26 | 46 | November 15, 2010 | November 15, 2010 |
| 4. | 26 | 47 | November 22, 2010 | November 22, 2010 |
| 5. | 26 | 48 | November 29, 2010 | November 29, 2010 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Deborah A Brown*          Typed or printed name  Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Deborah A. Brown          Daytime telephone  646-616-0824
Address (if other than given below) _____

Fax  212-532-4479          Email  dbrown@energyintel.com

Certificate will be mailed in window envelope to this address

Name ▼  Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼  5 East 37th Street, 5th Floor
City/State/ZIP ▼  New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number  DA083550
Name of account _____

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6‑782‑088**

EFFECTIVE DATE OF REGISTRATION

01 – 12 – 11

APPLICATION RECEIVED
JAN 12 2011

ONE DEPOSIT RECEIVED
JAN 12 2011

EXAMINED BY ___ me      CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

☐

TITLE ▼

Natural Gas Week                                          8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 26 | 49 | December 6, 2010 | December 6, 2010 |
| 2. | 26 | 50 | December 13, 2010 | December 13, 2010 |
| 3. | 26 | 51 | December 20, 2010 | December 20, 2010 |
| 4. | 26 | 52 | December 27, 2010 | December 27, 2010 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼          Domicile ▼          Nation of publication ▼

CERTIFICATION*: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) ___ *Deborah A Brown*          Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM

Name   Deborah A. Brown                    Daytime telephone   646-616-0824

Address (if other than given below) ___

Fax   212-532-4479          Email   dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | Name ▼ Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼ New York, NY 10016-2807 |

DEPOSIT ACCOUNT
Account number   DA083550
Name of account ___

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000    Web Rev. July 2002    Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-782-087

*TX6006782087*

EFFECTIVE DATE OF REGISTRATION

03 -21 -11

APPLICATION RECEIVED
MAR 21 2011

ONE DEPOSIT RECEIVED
MAR 21 2011

EXAMINED BY     CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

**TITLE ▼**                                          **ISSN▼**

Natural Gas Week                               8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|----|---------|---------|----------------------|--------------------------------------|
| 1. | 27 | 1 | January 3, 2011 | January 3, 2011 |
| 2. | 27 | 2 | January 10, 2011 | January 10, 2011 |
| 3. | 27 | 3 | January 17, 2011 | January 17, 2011 |
| 4. | 27 | 4 | January 24, 2011 | January 24, 2011 |
| 5. | 27 | 5 | January 31, 2011 | January 31, 2011 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

---

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*      Typed or printed name    Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown          Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

---

| Certificate will be mailed in window envelope to this address | **Name▼** Energy Intelligence Group/ Attn: Deborah A. Brown | **DEPOSIT ACCOUNT** Account number DA083550 |
|---|---|---|
| | **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor | Name of account |
| | **City/State/ZIP▼** New York, NY 10016-2807 | Energy Intelligence Group |

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-084**

EFFECTIVE DATE OF REGISTRATION

03 - 21 - 11

APPLICATION RECEIVED
MAR  21  2011

ONE DEPOSIT RECEIVED
MAR  21  2011

EXAMINED BY      CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

| TITLE ▼ | | | | ISSN ▼ |
|---|---|---|---|---|
| Natural Gas Week | | | | 8756-3037 |

| Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|
| 1. 27 | 6 | February 7, 2011 | February 7, 2011 |
| 2. 27 | 7 | February 14, 2011 | February 14, 2011 |
| 3. 27 | 8 | February 21, 2011 | February 21, 2011 |
| 4. 27 | 9 | February 28, 2011 | February 28, 2011 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS:   Author's citizenship ▼      Domicile ▼      Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, and that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*      Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown      Daytime telephone   646-616-0824

Address (if other than given below)

Fax   212-532-4479      Email   dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | Name ▼ Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | Number/Street/Apt ▼ 5 East 37th Street, 5th Floor |
| | City/State/ZIP ▼ New York, NY 10016-2807 |

DEPOSIT ACCOUNT
Account number   DA083550
Name of account

MAIL TO
Energy Intelligence Group
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

R) **TX 6-781-709**

EFFECTIVE DATE OF REGISTRATION
**MAY 05 2011**

APPLICATION RECEIVED
**MAY 05 2011**

ONE DEPOSIT RECEIVED
**MAY 05 2011**

EXAMINED BY *mc*      CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**
Natural Gas Week

**ISSN▼**
8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 10 | March 7, 2011 | March 7, 2011 |
| 2. | 27 | 11 | March 14, 2011 | March 14, 2011 |
| 3. | 27 | 12 | March 21, 2011 | March 21, 2011 |
| 4. | 27 | 13 | March 28, 2011 | March 28, 2011 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼      Domicile ▼      Nation of publication ▼

---

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*      Typed or printed name Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name Deborah A. Brown      Daytime telephone 646-616-0824

Address (if other than given below)

Fax 212-532-4479      Email dbrown@energyintel.com

---

Certificate will be mailed in window envelope to this address:

**Name▼**
Energy Intelligence Group/ Attn: Deborah A. Brown

**Number/Street/Apt ▼**
5 East 37th Street, 5th Floor

**City/State/ZIP▼**
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-781-708

**EFFECTIVE DATE OF REGISTRATION**
MAY 05 2011

**APPLICATION RECEIVED**
MAY 05 2011

**ONE DEPOSIT RECEIVED**
MAY 05 2011

**EXAMINED BY** ___ **CORRESPONDENCE** ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**   Natural Gas Week

**ISSN ▼**   8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 14 | April 4, 2011 | April 4, 2011 |
| 2. | 27 | 15 | April 11, 2011 | April 11, 2011 |
| 3. | 27 | 16 | April 18, 2011 | April 18, 2011 |
| 4. | 27 | 17 | April 25, 2011 | April 25, 2011 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807
**FOR NON-U.S. WORKS:** Author's citizenship ▼   Domicile ▼   Nation of publication ▼

---

**CERTIFICATION*:**   I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*   Typed or printed name   Deborah A. Brown

---

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown   Daytime telephone   646-616-0824

Address (if other than given below) ___

Fax   212-532-4479   Email   dbrown@energyintel.com

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
Energy Intelligence Group/ Attn: Deborah A. Brown

Number/Street/Apt ▼
5 East 37th Street, 5th Floor

City/State/ZIP ▼
New York, NY 10016-2807

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account ___

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

---

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—70,000   Web Rev. July 2002   Printed on recycled paper   U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-085**

EFFECTIVE DATE OF REGISTRATION

07 – 07 – 11

APPLICATION RECEIVED
JUL 07 2011

ONE DEPOSIT RECEIVED
JUL 07 2011

EXAMINED BY — CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title ☐

TITLE ▼

Natural Gas Week

ISSN ▼ 8756-3037

| | Volume▼ | Number▼ | Issue date on copies▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 18 | May 2, 2011 | May 2, 2011 |
| 2. | 27 | 19 | May 9, 2011 | May 9, 2011 |
| 3. | 27 | 20 | May 16, 2011 | May 16, 2011 |
| 4. | 27 | 21 | May 23, 2011 | May 23, 2011 |
| 5. | 27 | 22 | May 30, 2011 | May 30, 2011 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

FOR NON-U.S. WORKS: Author's citizenship ▼        Domicile ▼        Nation of publication ▼

CERTIFICATION* I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name   Deborah A. Brown

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name   Deborah A. Brown        Daytime telephone   646-616-0824
Address (if other than given below)

Fax   212-532-4479        Email   dbrown@energyintel.com

Certificate will be mailed in window envelope to this address:

Name▼
Energy Intelligence Group/ Attn: Deborah A. Brown
Number/Street/Apt ▼
5 East 37th Street, 5th Floor
City/State/Zip▼
New York, NY 10016-2807

DEPOSIT ACCOUNT
Account number   DA083550
Name of account

Energy Intelligence Group
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-782-083

*TX0006782083*

EFFECTIVE DATE OF REGISTRATION

07-07-11

APPLICATION RECEIVED
JUL 07 2011
ONE DEPOSIT RECEIVED
JUL 07 2011
EXAMINED BY [SMC]    CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**List in order of publication**

No previous registration under identical title ☐

**TITLE ▼**

Natural Gas Week     ISSN ▼ 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 23 | June 6, 2011 | June 6, 2011 |
| 2. | 27 | 24 | June 13, 2011 | June 13, 2011 |
| 3. | 27 | 25 | June 20, 2011 | June 20, 2011 |
| 4. | 27 | 26 | June 27, 2011 | June 27, 2011 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A. Brown*

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**

Name   Deborah A. Brown     Daytime telephone   646-616-0824

Address (if other than given below) 

Fax   212-532-4479     Email   dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | **Name ▼** Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor |
| | **City/State/ZIP ▼** New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account   Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/00,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-782-121**

*TX0006782121*

EFFECTIVE DATE OF REGISTRATION

9-8-11

APPLICATION RECEIVED
SEP 08 2011

ONE DEPOSIT RECEIVED
SEP 08 2011

EXAMINED BY

CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1

List in order of publication

No previous registration under identical title

**TITLE ▼**

Natural Gas Week

**ISSN ▼** 8756-3037

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 27 | 27 | July 4, 2011 | July 4, 2011 |
| 2. | 27 | 28 | July 11, 2011 | July 11, 2011 |
| 3. | 27 | 29 | July 18, 2011 | July 18, 2011 |
| 4. | 27 | 30 | July 25, 2011 | July 25, 2011 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor
New York, New York 10016-2807

**FOR NON-U.S. WORKS:** Author's citizenship ▼        Domicile ▼        Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Deborah A Brown*

Typed or printed name   Deborah A. Brown

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name   Deborah A. Brown                     Daytime telephone   646-616-0824
Address (if other than given below)

Fax   212-532-4479          Email   dbrown@energyintel.com

| Certificate will be mailed in window envelope to this address: | **Name ▼** Energy Intelligence Group/ Attn: Deborah A. Brown |
|---|---|
| | **Number/Street/Apt ▼** 5 East 37th Street, 5th Floor |
| | **City/State/ZIP ▼** New York, NY 10016-2807 |

**DEPOSIT ACCOUNT**
Account number   DA083550
Name of account

Energy Intelligence Group

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper                     U.S. Government Printing Office: 2000-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-548-482**

**Effective date of registration:**

September 8, 2011

## Title

**Title of Work:** Natural Gas Week

**ISSN:** 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 27 | 31 | August 1, 2011 | August 1, 2011 |
| 27 | 32 | August 8, 2011 | August 8, 2011 |
| 27 | 33 | August 15, 2011 | August 15, 2011 |
| 27 | 34 | August 22, 2011 | August 22, 2011 |
| 27 | 35 | August 29, 2011 | August 29, 2011 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.

**Author Created:** collective work

**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-548-479**

**Effective date of registration:**

November 15, 2011

## Title

**Title of Work:** Natural Gas Week

**ISSN:** 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 27 | 36 | September 5, 2011 | September 5, 2011 |
| 27 | 37 | September 12, 2011 | September 12, 2011 |
| 27 | 38 | September 19, 2011 | September 19, 2011 |
| 27 | 39 | September 26, 2011 | September 26, 2011 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.

**Author Created:** Collective work

**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, NY, 10016

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-548-471

**Effective date of registration:**

November 15, 2011

## Title

**Title of Work:** Natural Gas Week

**ISSN:** 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 27 | 40 | October 3, 2011 | October 3, 2011 |
| 27 | 41 | October 10, 2011 | October 10, 2011 |
| 27 | 42 | October 17, 2011 | October 17, 2011 |
| 27 | 43 | October 24, 2011 | October 24, 2011 |
| 27 | 44 | October 31, 2011 | October 31, 2011 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

# TX 7-548-402

**Effective date of
registration:**

January 23, 2012

## Title

| | |
|---|---|
| **Title of Work:** | Natural Gas Week |
| **ISSN:** | 8756-3037 |

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 27 | 45 | November 7, 2011 | November 7, 2011 |
| 27 | 46 | November 14, 2011 | November 14, 2011 |
| 27 | 47 | November 21, 2011 | November 21, 2011 |
| 27 | 48 | November 28, 2011 | November 28, 2011 |

**Nation of 1st Publication:**   United States

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Collective Work |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-548-383

**Effective date of registration:**
January 23, 2012

## Title

| | |
|---|---|
| **Title of Work:** | Natural Gas Week |
| **ISSN:** | 8756-3037 |

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 27 | 49 | December 5, 2011 | December 5, 2011 |
| 27 | 50 | December 12, 2011 | December 12, 2011 |
| 27 | 51 | December 19, 2011 | December 19, 2011 |
| 27 | 52 | December 26, 2011 | December 26, 2011 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Collective work |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street,, 5th Floor, New York, NY, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

**Registration #:**   TX0007625308
**Service Request #:**   1-707444864



Energy Intelligence Group, Inc.
Deborah  Brown
5 East 37th Street, 5th Floor
New York, NY 10016-2807

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-548-409

**Effective date of registration:**
March 7, 2012

## Title

| | |
|---|---|
| **Title of Work:** | Natural Gas Week |
| **ISSN:** | 8756-3037 |

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 1 | January 2, 2012 | January 2, 2012 |
| 28 | 2 | January 9, 2012 | January 9, 2012 |
| 28 | 3 | January 16, 2012 | January 16, 2012 |
| 28 | 4 | January 23, 2012 | January 23, 2012 |
| 28 | 5 | January 30, 2012 | January 30, 2012 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | collective work |
| **Work made for hire:** | Yes |

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-548-677**

**Effective date of registration:**

March 7, 2012

## Title

| | |
|---|---|
| **Title of Work:** | Natural Gas Week |
| **ISSN:** | 8756-3037 |

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 6 | February 6, 2012 | February 6, 2012 |
| 28 | 7 | February 13, 2012 | February 13, 2012 |
| 28 | 8 | February 20, 2012 | February 20, 2012 |
| 28 | 9 | February 27, 2012 | February 27, 2012 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | Collective Work |
| **Work made for hire:** | Yes |

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-548-678**

**Effective date of registration:**

May 14, 2012

## Title

**Title of Work:** Natural Gas Week

**ISSN:** 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 10 | March 5, 2012 | March 5, 2012 |
| 28 | 11 | March 12, 2012 | March 12, 2012 |
| 28 | 12 | March 19, 2012 | March 19, 2012 |
| 28 | 13 | March 26, 2012 | March 26, 2012 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-548-675

**Effective date of
registration:**

May 14, 2012

## Title

**Title of Work:** Natural Gas Week

**ISSN:** 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 28 | 14 | April 2, 2012 | April 2, 2012 |
| 28 | 15 | April 9, 2012 | April 9, 2012 |
| 28 | 16 | April 16, 2012 | April 16, 2012 |
| 28 | 17 | April 23, 2012 | April 23, 2012 |
| 28 | 18 | April 30, 2012 | April 30, 2012 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-548-457**

**Effective date of registration:**

June 19, 2012

## Title

**Title of Work:** Natural Gas Week

**ISSN:** 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 28 | 19 | May 7, 2012 | May 7, 2012 |
| 28 | 20 | May 14, 2012 | May 14, 2012 |
| 28 | 21 | May 21, 2012 | May 21, 2012 |
| 28 | 22 | May 28, 2012 | May 28, 2012 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.

**Author Created:** collective work

**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, New York, 10016-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-547-966**

**Effective date of registration:**

July 19, 2012

## Title

**Title of Work:** Natural Gas Week

**ISSN:** 8756-3037

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 28 | 23 | June 4, 2012 | June 4, 2012 |
| 28 | 24 | June 11, 2012 | June 11, 2012 |
| 28 | 25 | June 18, 2012 | June 18, 2012 |
| 28 | 26 | June 25, 2012 | June 25, 2012 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.

**Author Created:** Collective Work

**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.

5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-547-965

**Effective date of registration:**
July 19, 2012

## Title

| | |
|---|---|
| **Title of Work:** | Natural Gas Week |
| **ISSN:** | 8756-3037 |

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 27 | July 2, 2012 | July 2, 2012 |
| 28 | 28 | July 9, 2012 | July 9, 2012 |
| 28 | 29 | July 16, 2012 | July 16, 2012 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Energy Intelligence Group, Inc. |
| **Author Created:** | collective work |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Energy Intelligence Group, Inc. |
| | 5 East 37th Street, 5th Floor, New York, New York, 10016-2807 |

## Certification

| | |
|---|---|
| **Name:** | Deborah A. Brown |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-664-057

**Effective date of registration:**

August 21, 2012

## Title

**Title of Work:** Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 28 | 30 | July 23, 2012 | July 23, 2012 |
| 28 | 31 | July 30, 2012 | July 30, 2012 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.
**Author Created:** Collective Work
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY 10016-2807

## Certification

**Name:** Deborah A. Brown

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

## TX 7-615-848

**Effective date of registration:**

October 10, 2012

## Title

**Title of Work:**  Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 28 | 32 | August 6, 2012 | August 6, 2012 |
| 28 | 33 | August 13, 2012 | August 13, 2012 |
| 28 | 34 | August 20, 2012 | August 20, 2012 |
| 28 | 35 | August 27, 2012 | August 27, 2012 |

**Nation of 1st Publication:**  United States

## Author

**Author:**  Energy Intelligence Group, Inc.
**Author Created:**  Collective Work
**Work made for hire:**  Yes

## Copyright Claimant

**Copyright Claimant:**  Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016

## Certification

**Name:**  Deborah A. Brown

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TX 7-614-509**

**Effective date of registration:**

October 10, 2012

## Title

**Title of Work:** Natural Gas Week

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 28 | 36 | September 3, 2012 | September 3, 2012 |
| 28 | 37 | September 10, 2012 | September 10, 2012 |
| 28 | 38 | September 17, 2012 | September 17, 2012 |
| 28 | 39 | September 24, 2012 | September 24, 2012 |

**Nation of 1st Publication:** United States

## Author

**Author:** Energy Intelligence Group, Inc.
**Author Created:** Collective Work
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Energy Intelligence Group, Inc.
5 East 37th Street, 5th Floor, New York, NY, 10016-2807

## Certification

**Name:** Deborah A. Brown