IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENERGY INTELLIGENCE GROUP, INC.
and ENERGY INTELLIGENCE GROUP
(UK) LIMITED,

    Plaintiffs,

    v.

LAZARD FRÈRES & CO. LLC,

    Defendant.

Civil Action No. 4:18-cv-02241 (VDG)

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

    The Court having considered the Motion for Leave To File Second Amended Complaint filed by Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited (the "Motion") and having concluded that good grounds exist for the requested relief;

    IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

    IT IS FURTHER ORDERED that the Second Amended Complaint attached to Plaintiff's Motion shall be considered entered as of the date of this Order.

    The Clerk shall enter this Order and provide a copy to all parties.

    SIGNED in Houston, Texas on this _____ day of June, 2019.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**